( 2 )

1   Peter Christian Roper

2   _____ ___ ST ____ 5        1386-21 St. 2006 SEP 11 AM 11:19

3   _____ : CA 90028          Douglas   CLERK
                                        U.S. BANKRUPTCY COURT
4   909.522-2648                        DISTRICT OF DELAWARE

5   Attorney for APPellant            AZ85607

6

7                UNITED STATES BANKRUPTCY COURT APPEAL DIVISION

8                   FOR THE DISTRICT OF DELAWARE

9                              APPEAL

10  Peter Christian Roper      )  Case No. 04-10324 (DDE)04-10327

11      1286 - 2/5'            )  04-10325, 04-10323, 04-10326

12      Daly Los              )  Motion for Order in Section 546(c)

13      ARIZONA 85607          )  of the Bankruptcy Code for Priority

14          v                  )  Claim or Lien in section 503(b)

15  Garden Ridge Corp. Garden Ridge)  To GRANT Payment

16  Investments, Garden Ridge Management)  FOR CLAIMS

17  Garden Ridge Finance Corp. Garden Ridge)

18  Garden Holdings INC        )  JURY TRIAL DEMANDED

19  19411 Atrium Place, Ste.170)

20  Houston, Texas 77084

21  (1)    The APPellant, Peter Christian Roper, a hearty, Patriotic,

22  U.S. Citizen, Complete Owner of U.S. Patent 4,713,909 'Indoor

23  AND OUTDOOR CLOTH FARM ' IN Exhibit I, Page  and 5 U.S. VALID

24  Copyrights , and  Copyright TXU-69-514 'United Space of America"

25  in Exhibit 2, Page  files this Motion seeking an order persuant

26  to section 546 (c) of the Bankruptcy Code granting Priority

27  Claim or Lien in section 503 (b) of the Bankruptcy Code for

28  Payment of Patent  and Copyright Royalties to PETER C ROPER.

                              ( 2 )

( 5)

I   Peter Christian Roper, caused by The Defendants, Garden

2   Ridge Corp., Garden Ridge Investments Inc, Garden Ridge

3   Management Inc. Garden Ridge Finance Corp., Garden Ridge

4   L.P, and Garden Ridge Holdings infringment of the Plaintiff,

5   Peter Christian Roper 's U.S. Patent 4,713,909 and Copyright

6   TXU 69-514 , Txu 141-593 by making, selling Floral Foam

7   Sponge  Flower Pots and in combination with Cloth Silk

8   Flower Products protected in Fig 9 of The Plaintiff's

9   U.S Patent 4,713,909 and in Claims 1,23,4 in Exhibit 1,

10  Page   , and Fig 9 in Copyright TXU 69-514 in Exhibit 2,

11  Page    in Millions of Units to Gross Sales of around

12  $30 Billion from 1979- 2005 for 25 years during the life

13  of The Plaintiff's U.S. Patent 4,713,909, and 5 Copyrights

14  that are still alive and actively in force from 1979 to

15  2080 or beyond .

16  (6)         Peter  Christian Roper, filed an

17  action in United States District Court, Central District of

18  California CV 04-0157(Mw) in Jan 7, 2005 against Garden

19  Ridge Corp., and its subsidiaries for Payment of Unpaid

20  Patent and Copyright Royalties and Compensation owed to

21  Peter Christian Roper, evidenced in Exhibit / , Page   for

22  nearly  $ 4  Billion Dollars. The Plaintiff, Peter Christian

23  Roper is  sympathetic to Garden Ridge Reorganization Plan

24  and is prepared to accept a lesser amount of $ .6 Million

25  Dollars  or  the maximum amount allowed within the  reor-

26  ganization Plan paid  now and the balance of the $.6 Million

27  paid in monthly payments over  2 years if Plaintiff s Motion

28  for Priority Claim is granted or unopposed

EXHIBIT I

# United States Patent [19]

Roper et al.

[11] Patent Number: **4,713,909**

[45] Date of Patent: **Dec. 22, 1987**

[54] INDOOR AND OUTDOOR CLOTH FARM

[76] Inventors: Peter Roper, 957 E. 224th St., Bronx, N.Y. 10466; George Spector, 233 Broadway, 3615 Woolworth Bldg., New York, N.Y. 10007

[21] Appl. No.: 363,292

[22] Filed: **Mar. 29, 1982**

### Related U.S. Application Data

[63] Continuation of Ser. No. 905,475, May 12, 1978, abandoned.

[51] Int. Cl.⁴ ............................................... A01G 9/02
[52] U.S. Cl. ........................................ 47/17; 47/66
[58] Field of Search ................................... 47/59–61,
47/65, 39, 67, 78, 17, 76

[56] **References Cited**

### U.S. PATENT DOCUMENTS

2,669,065 2/1954 Clegg ........................................ 47/76

Primary Examiner—Robert E. Bagwill
Attorney, Agent, or Firm—Peter Roper; George Spector

[57] **ABSTRACT**

A farm structure for growing plants or crop in a small area or increasing an area for farming, composed of several tiers of cloth, one above another, each cloth supporting a quantity of earth in which plants are growing; water used in watering plants on the uppermost tier, dripping downward successively through at the tiers, so to water the plants in each tier; extra layers of cloth snapped under any tier for greater water retention, flood lights under each tier, giving light to plants in a tier therebelow and warming a soil thereabove, and an elevator mechanism for lowering the tiers of a large outdoor model, so that harvesting can be done more efficiently at a ground level.

4 Claims, 9 Drawing Figures

EXHIBIT I



38/

*EXHIBIT 10*

(38)

*EXHIBIT D*   4,713,909   (38)

1

# INDOOR AND OUTDOOR CLOTH FARM

This is a continuation of application Ser. No. 905,475, filed May 12, 1978, now abandoned.

This invention relates generally to miniature farms.

A principal object of the present invention is to provide a miniature farm in which plants are grown in tiers one above another, so to require less ground area.

Another object is to provide a miniature farm in which each tier includes a horizontal cloth holding a quantity of earth in which the plants grow, and irrigation water provided to the plants in the uppermost tier, dripping therethrough and through successive tiers therebelow, so to water all the plants in each tier with a single watering at the top.

Another object is to provide a cloth farm which may be made on either a small or large scale for indoor or outdoor installation.

Still another object is to provide a cloth farm wherein extra cloths snapped under a tier gives greater water retention in the tier, as needed by plants.

Still another object is to provide a cloth farm in which flood lights under a tier for plants therebelow also serves to give moist heat to roots of plants thereabove.

FIG. 1 is a perspective view of a small indoor model of the invention.

FIG. 2 is a perspective view of one of the cloth platforms shown above.

FIG. 3 is an enlarged detail thereof so to illustrate the snap fasteners that support it.

FIG. 4 shows another design of cloth platform support consisting of eyelets on the cloth and hooks on the frame.

FIG. 5 is a side view, partly in cross section, of a large commercial out-of-door model.

FIG. 6 is a detail of another out-of-door model in which the platforms can be lowered for purpose of seeding, hoeing or harvesting more conveniently and safely at ground level.

FIG. 7 is a cross section of another design of cloth platform, in which electric lights underneath serve to provide light for plants in a next lower cloth platform, the light also serving to heat and humidify water in the soil thereabove, so to create improved environment for the growing plants.

FIG. 8 shows the lamp of FIG. 7 above, and indicates a pan thereabove to catch some water which it heats and vaporizes.

FIG. 9 is a view of another design of the invention in which a cloth pot is held in an inner shell supported over an outer shell.

Referring now to the drawing in greater detail, and more particularly to FIGS. 1 through 4 thereof at this time, the reference numeral 10 represents a cloth farm according to the present invention, which is of indoor type. It includes a frame 11 that supports several tiers of cloth 12, one above the other, either by means of interconnecting snap fasteners 13 on the frame and cloth corners, or by means of pegs 14 on frame hooking into grommet openings 15 along the cloth edges.

The cloth may be stitched so to form individual compartments 16 by means of cloth partitions 17 therebetween or simply by upward folds 18 supported over beams 19 of the frame. Soil 20 is placed on the supported cloth to a depth sufficient for growing the plants 21.

The model of cloth farm shown in FIG. 1 includes enclosing partitions 22 around sides thereof, which may comprise mirrors so to reflect the images of flowers growing therein for a more rich display. Outer sides of

2

partitions may be decorated with designs or paintings, as preferred.

Beneath a lowermost tier, a tank 23 serves to catch and hold the dripped water for re-use conservation. A spigot 24 is provided for draining water from the tank. The frame also encloses a bin 25 for extra soil and a bin 26 for tools, the bins being closable by hinged covers 27. The frame is supported upon wheels 28 so that the cloth farm can be moved between different areas of a house.

A nearby floor lamp 29 gives light to plants on the different tiers.

In FIG. 5 a cloth farm 30 is large so to be for outdoor use, and includes the above described cloths and frame for the soil and plants. In this design water to the uppermost tier is provided through watering system 31, in which a motor-driven pump 32 delivers water to sprinklers 33.

FIG. 3 also clearly shows that additional cloths 34 can be snapped to the underside of cloth 12 by means of snap fasteners 35 for increasing water retention in a tier.

In FIG. 6, an outdoor cloth farm 40 is the same as outdoor cloth farm 30 except that a mechanism 41 is included for each tier, so to lower the same to a ground level at time of harvesting so to be more convenient.

In FIGS. 7 and 8 illuminating lamps 42 secured to underside of a cloth, give light to plants in a tier therebelow. A pan 43 integral with the lamp frame serves to hold downward draining water in the soil, so that heat from the lamp therebelow heat the water so to humidify the soil in a warmed manner and thus promote better root growing conditions.

In FIG. 9 there is shown another design 44 of the invention that includes cloth pot 45 in an inner shell support frame 46 having sideward arms 47 placable in grooves 48 of an outer shell 49. Snap fasteners 50 are along a lower edge of the frame 46. The outer shell includes a sponge lining 51 and also includes locks 52 at bottom of grooves 48 so to lock the arms 47 therein. A saucer 49 is at the bottom of the outer shell, and a spigot 50 therebeneath serves to drain water out therefrom.

In the present invention, the food or flower production formula of $D/R = M$, applies wherein D equals a depth (of soil), R equals root length and M equals the multiplier Factor to determine the number of plantings possible for each type plant.

What is claimed as new is:

1. A plant cultivator comprising a cloth structure adapted to hold cultivating material for growing plants with means for varying retention of irrigating liquid in said cultivator in combination with means for supporting said structure in horizontal position at various elevations above a base surface wherein said structure includes a plurality of vertically spaced superimposed sections, first said means comprising removable cloth layers.

2. A cultivator as in claim 1 second said means comprise movable supports for each section, said supports being driven by a mechanism to position said sections at variable elevations, wherein said supports are mounted on vertical members.

3. A plant cultivator comprising a structure supporting moveable vertically spaced superimposed cloth layers, adapted to hold cultivating material for growing plants, wherein each layer comprises removable sections.

4. A cultivator as in claim 3, wherein said structure further comprises movable supports for each layer, said supports being driven by a mechanism to position said layers at various elevations wherein said supports are mounted on vertical members.

* * * * *

*FIG 9.*
*✓ Floral Foam*
*Sponge*
*Lining 51*
*↑ Functional Equivalent*

(38)

*EXHIBIT 10*   *Page: 38*

**Copyright** | **Search Records Results**

(31)

Registered Works Database (Registration Number Search)
**Search For:**

*EXHIBIT 6*

TXu-69-514 (COHM)

|  |  |
|---|---|
| Title: | United space of America, human rights, Jesus, employment grow a universal moon cultivation of plants, clothgrow valuation, project k life, grow New York, West Indian America, and in America writings television production, film, magazines, books, radio, and many, m billions farms for Feed I International / by Peter Charles Roper. |
| Description: | 19 p. |
| Claimant: | Peter Charles Roper |
| Created: | 1980 |
| Registered: | 22May81 |
| Special Codes: | 1/B |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

*EXHIBIT 6*

(31)

Case 1:06-cv-00733-GMS   Document 1   Filed 11/30/2006   Page 6 of 13



EXHIBIT 6

PER-CHATTAL FONS
DRAWINGS.

U.S. COPYRIGHT ©   (31")
TXU69-514

Sheet 1 of 1      4

Fig.1

EXHIBIT 6

Fig.2

Fig.3

Fig.4

Fig.5

Fig.6

Fig9
FLORAL FOAM
FOAM
SPONGE (51)
Flower Pot

Fig.9

Fig.7

EXHIBIT 6

Fig.8

Copy Peter Charles Rong ALL RITES RESERVED

page 32

Fig9
SPONGE LINING + POT TO A FOAM SPONGE
page 32

51
FLORAL FOAM



*EXHIBIT 19*



HOME DECOR  SEASONAL  KITCHEN, BED & BATH  FLORAL & GREENERY  BRIDAL & PARTY  CRAFTS  PATIO & POTTERY  ART, MIRR

Tips        How To's            Store Locator



# Floral & Greenery

The largest assortment of silk and dried floral
greenery all resides at Garden Ridge. Each se
beautiful new floral arrangements, or all the c
need to create your own masterpiece. If gree
you'll love our lush, low-maintenance silk tree
silk plants. Adding a natural touch to your déc
been easier or more affordable!

## Savings This Week!

**Spring is in the**

Garden Ridge is the p
floral and greenery!
30% on all rose stem
(reg. 1.99-6.99, sale
shown. And save 25¢
Garden" floral stems.
bring a touch of the s
home and for any spe
have more floral and
other store...all at pri
beat.

*Prices good 2/9/2005*

Contact Us      Company Info      Employment      Vendor Info      Our Stores      Online Registration

*EXHIBIT 19*



(48)

( 10 )

COUNT I  Compensation for  Patent Infringement in Title 35 U.S.C.

1. SEC. 271, 284

2. (2) The APPELLANT , Peter Christian Charles Roper, Owner and

3. Inventor of U.S. Patent 4,713,909 request the U.S.Court of

4. Of Appeals, Honorable Judges, hearty Jury members to rule

5. for the Appellant and have  the Appellee, GARDEN CORP, ET AL Ridge Stores,

6. pay Peter Christian Charles Roper  $6 Million Dollars

7. Compensation for Patent Infringement Damages caused by

8. GARDEN Ridge AND ITS Stores willful and intentional infringement  by mak-

9. ing, selling  Billions of Units of FLORAL FOAM SPONGES, and

10. FLORAL FOAM SPONGE FLOWER POTS protected in the Claims and

11. Fig 9 of Appellant Peter C Roper's U.S. Patent 4,713,909 . Exhibit, 10, Page 6 or whatever necessary amount for 6 years.

12. COUNT 2 (13) The  Appellant, Peter Christian Charles Roper, Owner

13. of U.S. Patent 4,713,909 request the Honorable Judges for

14. U.S. Court of Appeals, BANKRUPTCY Circuit, respectable Jury Menbers,

15. to rule to have GARDEN CORP ET AL, Ridge Stores, Pay  Peter Christian Roper

16. $6 Million Dollars in Patent Royalties for making, and

17. selling  Millions of Units of Floral Foam Sponge Combinations

18. with Cloth Silk Flowers, and POTTED FLORAL Foam Sponge-,Cloth

19. Silk Flower combinations in Peter Roper's U.S. Patent 4,713,909

20. from 1979-2004, 26 years or from 1999-2004 or whatever nec-

21. essary amount within Title 35 U.S.C. Sec. 271 which states

22. 'NO PATENT OWNER SHALL BE DENIED RELIEF'' .Exhibit    Page.

23. COUNT 3  The Appellant, Peter Christian Charles Roper, request

24. (14) The U.S. Court Appeals Judges, BANKRUPTCY respectable Jury  to rule to

25. have GARDEN CORP, ET AL Ridge Stores pay The Appellant, Peter Christian Charles

26. Roper $6 Million dollars for Business Losses caused by

27. Stores infringement off his patent or whatever nec-

28. essary amount in Title 35 U.S.c Sec. 271, 284   (10)

**INVOICE** *199*

To— GARDEN RIDGE CORP
192A1 ATRIUM Place STE 170
Houston, Texas 77084
GARDEN Ridge FINANCE
GARDEN Ridge Holdings
GARDEN Ridge LLP

(4:)

From— **Peter Christan** *Charles Rohe*
**Attn: Peter Christian**
**1550 Wilcox St**
**Apt 205**
**Hollywood  CA 90028**

*EXHIBIT 16*

| Invoice Date: |
|---|
| 1997 – 2006 |

| Invoice Number: |
|---|
| 1978 – 2006 |

| Customer Number: |
|---|
| 500 |

Copyright and Patent Royalty on Floral Foam Song Foam Pots + Silk Flowers

| DATE | TYPE | DOC NO | REF NUMBER | DESCRIPTION | PAGE | DEPTH | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1997 1998 1999 2000 2001 2002 2003 2004 2005 2000 | INV | 1978 | Millions of Floral Foam Sponge Foam Pots Millions Silk Flowers | Copyright TX469-914 Copyright TXU Copyright TXU Copyright TXU Copyright TXU Royalty For U.S. Patent 4,113,209 Royalty 199 – 1999 | | | | 222,222.22 222,222.22 222,222.22 222,221.22 222,222.22 222,222.22 222,222.22 222,222.22 222,222.22 |
| | | | | Total | | | | 3,333,333.33 |

---

**Please detach and return this portion with payment.  To ensure proper credit to your account, please write your customer number on your check.  If you have any questions about your account, please contact Accounts Receivable at** (...)

| Invoice Date | Invoice Number |
|---|---|
| | |
| Customer Number | |
| 500... | |
| | |
| **PLEASE PAY:** 3,333,333.00 | |

Peter Christan *Charles Rohe*
1550 Wilcox St
Apt 205
Hollywood  CA 90028

☐ Mastercard  ☐ Visa  ☐ Amex
Credit Card # _____
Exp Date ___/___/___  Amount _____
Signature _____

(4:)

· Instruction schools, camps, and services.
*Pr:* Menahem Less
*Sec:* Gail Less
*VP:* Gary Brooks

**GARDEN CITY CASINO & REST**
See GARDEN CITY INC

**D-U-N-S 00-694-2684**
**GARDEN CITY CO-OP INC (KS)**
106 N 6th St, Garden City, KS 67846-5545
Tel (620) 275-6161 Founded/Ownrshp 1919
Sales 48.8MM Emp 78
Accts Lindberg & Vogel CPA
SIC 5153 5191 5172 5541 5411 Grains, whl;
Feed, whl; Seeds: field, garden, and flower, whl;
Fertilizer and fertilizer materials, whl; Chemicals,
agricultural, whl; Petroleum products, rec, whl;
Filling stations, gasoline, ret; Truck stops, ret;
Convenience stores, ret.
*Pr CEO:* Irwin Clubine
*Tr:* Marc Miller
*VP:* Ken Jameson

**D-U-N-S 93-903-7322**
**GARDEN CITY FEED YARD LLC**
1805 W Annie Scheer Rd, Garden City, KS 67846
Tel (620) 275-4191 Founded/Ownrshp 1994
Sales 33MM Emp 60
Accts William Haag & Co PC Amarill
SIC 0211 Beef cattle feedlots.
*Tr:* Odess Lavin

**D-U-N-S 94-775-5860**
**GARDEN CITY GROUP INC**
(Subv of CRAWFORD & CO) ⭐
105 Maxess Rd Ste 320, Melville, NY 11747-3847
Tel (631) 470-5000 Founded/Ownrshp 1994, 1999
Sales 32MM Emp 208
SIC 8111 Specialized legal services.
*Ch Bd:* Michael J Sherin
*Pr:* David Isaac
*Ex VP:* Neil Zola
*Sr VP:* Richard Cohen
*Sr VP:* Lois Schrepper
*VP:* Philip D'Arienzo
*VP:* Timothy O'Neil
*VP:* Andrew Sommer
Cont: Arun RAO
Board of Directors: Peter Callahan.

**D-U-N-S 07-278-4002**
**GARDEN CITY HOSPITAL OSTEOPATHIC**
(MI)
6245 Inkster Rd, Garden City, MI 48135-0001
Tel (734) 458-3200 Founded/Ownrshp 1942, 1986
Sales 121MM Emp 1,700
Accts Ernst & Young LLP
SIC 8062 8011 General medical and surgical
hospitals; Offices and clinics of medical doctors.
*Pr:* Gary R Ley
*CFO:* Bob Giddings
*CFO VP:* Christopher Palazzolo
*VP Opers:* Tom Daskalakis

**D-U-N-S 10-683-2137**
**GARDEN CITY HOTEL INC (NY)**
45 7th St, Garden City, NY 11530-2807
Tel (516) 747-3000 Founded/Ownrshp 1982
Sales 46MM Emp 475
Bank Fleet National Bank, Jericho, NY
SIC 7011 Hotels.
*Ch Bd:* Myron Nelkin
*Pr:* Catherine Nelkin
Cont: Gary Stahl

**D-U-N-S 04-843-4248**
**GARDEN COMPANIES INC**
6919 Shallowford Rd, Chattanooga, TN 37421-1611
Tel (423) 499-4458 Founded/Ownrshp 1990
Sales 24MM Emp 125
SIC 5191 Seeds: field, garden, and flower, whl;
Grass seed, whl.
*Pr:* Steve Strever
*Sec:* Tom Downs
Cont: Paula Rostar
Board of Directors: Fred Danforth, Jack O'Meara,
Rick Schreiber, Carl Stanton.

**D-U-N-S 06-225-0920**
**GARDEN FOODS INC (MI)**
6430 Wyoming St, Dearborn, MI 48126-2342
Tel (313) 584-2800 Founded/Ownrshp 1989
Sales 12MM Emp 54
Bank Comerica Bank, Dearborn Heights, MI
SIC 5411 Grocery stores, ret; Soft drinks, whl.
*Pr:* Chaker Aoun
*VP:* Mohammed Barada
Cont: Abey Bachroucha

**D-U-N-S 17-905-5843**
**GARDEN FRESH DISTRIBUTION SERVICE INC (NJ)**
700 Barnsboro Rds, Richwood, NJ 08074
Tel (856) 582-6646 Founded/Ownrshp 1987
Sales 12MM Emp 5

SIC 5148 Fruits and vegetables, whl.
*Pr:* Mervin Jetter
*VP:* Chris Jetter

**D-U-N-S 11-553-2617**
▲ **GARDEN FRESH RESTAURANT CORP**
(CA)
SOUPLANTATION
15822 Bernardo Center Dr, San Diego, CA 92127-2320
Tel (858) 675-1600 Founded/Ownrshp 1983
Sales 214MM Emp 4500 Each NMS
Thr Sym LTUS
Accts KPMG LLP
SIC 5812 Restaurant, family: chain, ret.
*Ch Bd Pr:* Michael P Mack
*Pr CEO:* Lloyd J Fritzmeier
*Sr VP Opers:* R Gregory Keller
*Sec Fin:* David W Qualls
*VP:* Ken Keane
*VP Hum Rsrcs:* Kenneth J Keane
*Ex Dir:* Michael Thompson
Board of Directors: Edgar F Berner, Edward A
Blechschmidt, Robert A Cunst, Michael M
Minchin Jr, David Nierenberg, John M Robbins.

**GARDEN FRESH SALAD**
See GARDEN FRESH SALAD CO INC

**D-U-N-S 05-602-1223**
**GARDEN FRESH SALAD CO INC (MA)**
GARDEN FRESH SALAD
15-20 Neng Prod Ctr, Chelsea, MA 02150
Tel (617) 889-1580 Founded/Ownrshp 1966, 1970
Sales 28.1MM Emp 60
Bank Fleet National Bank, Providence, RI
SIC 5148 2099 Fruits, fresh, whl; Vegetables,
fresh, whl; Cole slaw, in bulk.
*Pr Tr:* Ismaele D'Allvva
*VP:* Luigi D'Allvva
*VP:* Mary D'Allvva
Cont: Lisa Burke

**D-U-N-S 07-333-0040**
**GARDEN GAZEBO INC**
5595 Raby Rd Ste B, Norfolk, VA 23502-2460
Tel (757) 461-0337 Founded/Ownrshp 1995
Sales 50MM Emp 200
SIC 5261 5193 Retail nurseries and garden stores,
ret; Nursery stock, whl.
*Pr:* Darryl Karuscha

**GARDEN GROVE HOSPITAL**
See FENET HEALTHCARE

**GARDEN GROVE HYUNDAI**
See MAN KOOK ENTERPRISE INC

**D-U-N-S 10-108-3226**
**GARDEN HOLDINGS INC**
850 Madison Ave Fl 24, New York, NY 10022-1029
Tel (212) 838-9660 Founded/Ownrshp 2000
Sales 228MM Emp 1,500
SIC 5999 Artificial flowers, ret; Candle shops, ret;
Picture frames, ready made, ret.

**GARDEN ISLE SEAFOOD**
See GARDEN & VALLEY ISLE SEAFOOD INC

**D-U-N-S 79-427-3037**
**GARDEN MALL INC (IN)**
PIERES ENTERTAINMENT CENTER
5629 Saint Joe Rd, Fort Wayne, IN 46835-2047
Tel (260) 486-1979 Founded/Ownrshp 1989
Sales 3MM Emp 195
SIC 5813 7299 Night clubs, ret; Banquet hall
facilities.
*Pr:* Stanley Liddell Jr

**D-U-N-S 06-891-6020**
**GARDEN MANOR EXTENDED CARE CENTER INC (OH)**
6898 Hamilton Middletown, Middletown, OH
45044-7859
Tel (513) 424-5321 Founded/Ownrshp 1950, 1967
Sales 5.4MM Emp 250
SIC 8051 8361 Convalescent home with con-
tinuous nursing care; Residential care.
*Pr:* Sam Boymel
*Tr:* Rachel Boymel
*VP:* Gidon Eldad
Cont: Jim Seelenbinder

**D-U-N-S 01-684-1005**
**GARDEN MANOR FARMS INC**
355 Food Center Dr, Bronx, NY 10474-7000
Tel (718) 893-5350 Founded/Ownrshp 1997
Sales 12.5MM Emp 25
SIC 5147 Meats and meat products, whl.
*Pr:* Stanley Wilhelm

**GARDEN OF EDEN**
See MONTAGUE FANCY FOOD INC

**D-U-N-S 05-106-8224**
**GARDEN OF LIFE INC**
770 Northpoint Pkwy Ste 100, West Palm Beach, FL
33407
Tel (561) 748-2477 Founded/Ownrshp 2000
Sales 16.3MM Emp 79
SIC 2834 Vitamin, nutrient, and hematinic
preparations for human use.
*Owner:* Nidal Ruben
*Pr:* Jordan Rubin
*CFO:* Robert Craven
*VP:* Brian Ray
*COO:* Rich Petiti

**D-U-N-S 02-153-7018**
**GARDEN PALS INC (CA)**
(Subv of FORMOSA TOOLS CO LTD, Taiwan
China Rep Of)
5400 E Francis St, Ontario, CA 91761-3601
Tel (909) 605-0200 Founded/Ownrshp 1990
Sales 11.6MM Emp 90
SIC 5083 3423 2514 2511 Lawn and garden
machinery and equipment, whl; Hand and edge
tools, nec; Metal household furniture; Wood
household furniture.
*Pr:* Ching-Run Hsu
*CEO GM:* Tony Hsu
*CFO:* Ivy Hsu

**D-U-N-S 03-957-1720**
■ **GARDEN PARK COMMUNITY HOSPITAL LP (MS)**
COLUMBIA GARDEN MEDICAL CENTER
(Subv of HCA INC) ⭐
15200 Community Rd, Gulfport, MS 39501-3085
Tel (228) 575-7000 Founded/Ownrshp 1973, 1995
Sales 22.5MM Emp 500
SIC 8062 General medical and surgical hospitals.
*Pr:* Tommy Frist MD
*CEO:* Jack Bovender
*COO:* Regina Moore
*CFO:* Regina Ramazani
*COO:* Dianne Tipton
*Ex Sec:* Daphine King
Cont: Cindy Cofield

**GARDEN PLAZA CONVALESCENT HOME**
See AMADA ENTERPRISES INC

**D-U-N-S 00-832-7322**
**GARDEN PRINTS INC (CA)**
2915 E 12th St, Los Angeles, CA 90023-3623
Tel (323) 268-3478 Founded/Ownrshp 1958
Sales 17.8MM Emp 100
Bank Union Bank of California NA, San Francisco,
CA
SIC 2261 2392 Printing of cotton broadwoven
fabrics; Tablecloths and table settings: Towels,
dishcloths and dust cloths.
*Owner Pr:* Richard Savdah
*Pr:* Harold Scherholt
*CEO:* Jeré Zucker
*Tr VP:* John Smrdah
*VP:* Bill Gather
*Qual Cntrl Mgr:* Grace McKnolI

**GARDEN RIDGE**
See GARDEN RIDGE HOLDINGS INC

**D-U-N-S 79-118-110a**
■ **GARDEN RIDGE CORP**
(Subv of GARDEN HOLDINGS INC) ⭐
19411 Atrium Pl Ste 170, Houston, TX 77084-6024
Tel (281) 579-7901 Founded/Ownrshp 1979, 2000
Sales 461MM Emp 1,500
Accts Arthur Andersen LLP
SIC 5999 5719 5945 5947 5992 Artificial flowers,
ret; Candle shops, ret; Picture frames, ready
made, ret; Kitchenware, ret; Glassware, ret; Pic-
tures, wall, ret; Pottery, ret; Hobby and craft sup-
plies, ret; Arts and crafts supplies, ret; Party
favors, ret; Flowers, fresh, ret.
*Ch Bd CEO:* Armand Shapiro
*Pr:* Jack Lewis
*CFO Sec:* Jane L Arbuthnot
*Sr VP:* Cliff Eller
*Sr VP:* Dan Ferguson
*VP:* Barbara Henn
*Sr VP:* Richard Newton
*VP:* Bill Bennett
*VP:* Norman M Brody
*VP:* Dennis Dye
*VP:* Stephen C Fox
*VP:* David Henn
*VP:* Lisa Lavell
Comp Cont: Andy Musselman
Cont: Bruce Breedlove

**D-U-N-S 12-580-4950**
**GARDEN RIDGE HOLDINGS INC**
GARDEN RIDGE
19411 Atrium Pl Ste 170, Houston, TX 77084-6024
Tel (281) 391-7201 Founded/Ownrshp 1979, 1992
Sales 261MM Emp 4,000
SIC 5999 5719 5945 5947 5992 Artificial flowers,
ret; Candle shops, ret; Picture frames, ready
made, ret; Kitchenware, ret; Glassware, ret; Pic-
tures, wall, ret; Pottery, ret; Hobby and craft sup-
plies, ret; Arts and crafts supplies, ret; Party
favors, ret; Flowers, fresh, ret.
*Ch Bd CEO:* Armand Shapiro
*CFO VP:* Jane Arbuthnot
*Sr VP Opers:* Chuck Denny
*Sr VP:* Dan Ferguson
*VP:* Wendell Funt
*VP:* Lisa Lavell
Cont: Bruce Breedlove

**D-U-N-S 13-108-4241**
**GARDEN RIDGE INVESTMENTS INC**
(Subv of GARDEN RIDGE CORP) ⭐
19411 Atrium Pl Ste 170, Houston, TX 77084-6024
Tel (281) 579-7901 Founded/Ownrshp 1995
Sales 228MM Emp 3,500
SIC 5999 5719 5945 5947 5992 Artificial flowers,
ret; Candle shops, ret; Picture frames, ready
made, ret; Kitchenware, ret; Glassware, ret; Bed-
dings and linens, ret; Pictures, wall, ret; Hobby
and craft supplies, ret; Arts and crafts supplies,
ret; Party favors, ret; Flowers, fresh, ret.
*Pr CEO:* Armand Shapiro
*CFO Sec:* Jane Arbuthnot
Cont: Bruce Breedlove

**D-U-N-S 09-509-8778**
**GARDEN RIDGE LP (TX)**
(Subv of GARDEN RIDGE INVESTMENTS INC)
19411 Atrium Pl Ste 170, Houston, TX 77084-6024
Tel (281) 579-7901 Founded/Ownrshp 1979, 19
Sales 228MM Emp 3,500
SIC 5999 5719 5945 5947 5992 Artificial flowe
ret; Candle shops, ret; Picture frames, ready
made, ret; Kitchenware, ret; Glassware, ret; B
dings and linens, ret; Pictures, wall, ret; Hobb
and craft supplies, ret; Arts and crafts supplies
ret; Party favors, ret; Flowers, fresh, ret.
*Pr:* Armand Shapiro
*CFO:* Paul Dawes
*CFO VP:* Jane Arbuthnot
*Sr VP:* Kevin Rutherford
*VP:* Dennis Dye
*VP:* David S Hensley
Cont: Bruce Breedlove
Cont: Andy Musselman

**CARDEN RIDGE POTTERY**
See GARDEN RIDGE LP

**D-U-N-S 78-060-5758**
**GARDEN SATURN INC (NY)**
SATURN
265 N Franklin St, Hempstead, NY 11550-1310
Tel (516) 565-2400 Founded/Ownrshp 1992
Sales 33MM Emp 35
SIC 5521 5511 Used car dealers, ret; New and
used car dealers, ret.
*Pr:* John Staluppi

**CARDEN SPOT AUTO AUCTION**
See GARDEN SPOT EQUIPMENT AUCTION

**D-U-N-S 04-188-0509**
**GARDEN SPOT EQUIPMENT AUCTION (PA**
GARDEN SPOT AUTO AUCTION
1605 Apple St, Ephrata, PA 17522-1300
Tel (717) 738-7900 Founded/Ownrshp 1962
Sales 20.4MM Emp 80
SIC 5012 Automobile auction, whl.
*Pr Sec:* I Omar Landis

**D-U-N-S 87-496-7009**
**GARDEN STATE VILLAGE (NJ)**
433 S Kinzer Ave, New Holland, PA 17557-9360
Tel (717) 355-6000 Founded/Ownrshp 1990
Sales 7.5MM Emp 220
Accts Brown Schultz Sheridan & Fritz
SIC 6514 8051 6513 Dwelling operators, except
apartments; Skilled nursing care facilities; Apart-
ment building operators.
*Ch Bd:* Dale M Weaver
*Pr CEO:* Philip Henn
*CEO:* Steve Lindsey
*CFO:* Philip Burkholder
*Sec:* Robert Weaver
*Tr:* C Leonhab Marin
*VP Opers:* John W Farber
*Ex Dir:* Melvin Krazbill
*Ex Dir:* Melvin Krazbill

**GARDEN STATE AUTO PARK**
See GARDEN STATE FORD INC

**D-U-N-S 01-140-8125**
**GARDEN STATE AUTO PARK PONTIAC GMC TRUCK LINC (NJ)**
105 Hwy 36, Eatontown, NJ 07724-2509
Tel (732) 542-7800 Founded/Ownrshp 1983
Sales 27.7MM Emp 80
Bank Fleet National Bank, Chatham, NJ
SIC 5511 New and used car dealers, ret.
*Pr:* John Schmelz

**GARDEN STATE BUSINESS SYSTEMS**
See DATAMATION SYSTEMS INC

**D-U-N-S 09-119-0972**
**GARDEN STATE ENGINE & EQUIPMENT CO INC (NJ)**
3500 Us Highway 22, Somerville, NJ 08876-3457
Tel (908) 534-5444 Founded/Ownrshp 1977
Sales 13.3MM Emp 50
Accts Konigsberg Wolf & Co PC
SIC 5082 General construction machinery and
equipment, whl.
*Pr:* Frank Spaluto
Cont: Dan Press

**D-U-N-S 36-135-6421**
**GARDEN STATE FORD INC (NJ)**
GARDEN STATE AUTO PARK
131 Newman Springs Rd E, Shrewsbury, NJ
07702-4011
Tel (732) 542-7800 Founded/Ownrshp 1989
Sales 25.7MM Emp 70
Bank United Trust Bank, Bridgewater, NJ
SIC 5511 New and used car dealers, ret.
*Pr:* John Schmelz

**D-U-N-S 10-721-4127**
**GARDEN STATE HOSPICE**
70 Jackson Dr, Cranford, NJ 07016-3510
Tel (908) 931-9080 Founded/Ownrshp 1995, 200
Sales 10.3MM Emp 165
SIC 8069 8051 Cancer hospital; Skilled nursing
care facilities.
*CEO:* Andrew Horowitz
*CFO:* Robert Anderson

**D-U-N-S 13-445-4891**
■ **GARDEN STATE LIFE INSURANCE CO INC (MO)**
ANICO
(Subv of AMERICAN NATIONAL INSURANCE
INC) ⭐
2450 S Shore Blvd Ste 401, League City, TX

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GARDEN RIDGE CORPORATION, *et al.*, | ) ) | Case No. 04-10324 (KJC) |
| Debtors. | ) ) | Jointly Administered |
| | ) | Ref. Docket Nos. 2117, 2119, 2132, 2144, 2240, 2252, 2278, 2279, 2285 |

**ORDER DENYING (I) MOTION FOR RECONSIDERATION TO
GRANT PAYMENT FOR CLAIMS (DOCKET NO. 2117), AND
(II) MOTION FOR ORDER RE: LEAVE TO FILE ACTION WITHOUT
PREPAYMENT OF FILING FEE IN FORMA PAUPERIS (DOCKET NO. 2119)**

Upon consideration of the *Motion for Reconsideration to Grant Payment for Claims* (the "Motion") [*see* Docket No. 2117] filed by Peter Christian Roper ("Roper") on March 20, 2006; and upon consideration of the opposition of the above-captioned reorganized debtors' (collectively, the "Debtors") thereto [*see* Docket No. 2132]; and upon consideration of the *Motion for Order re: Leave to File Action Without Prepayment of Filing Fee In Forma Pauperis* (the "IFP Motion") [*see* Docket No. 2119] filed contemporaneous with the Motion; and the Court having held a hearing to consider the Motion, the IFP Motion and the Debtors' opposition thereto on April 11, 2006 (the "Hearing"); and the Court having determined at the Hearing that Mr. Roper should be afforded an evidentiary hearing (an "Evidentiary Hearing") in order to substantiate and meet the burden of proof required to adequately consider the relief requested in the Motion and the IFP Motion; and, therefore, the Court having entered an order (the "First Order") on April 13, 2006 [*see* Docket No. 2144] scheduling the Evidentiary Hearing for July 18, 2006 and ruling that "[a]s indicated to the parties at the April 11, 2006 hearing, if Mr. Roper[] fails to appear at the scheduled evidentiary hearing, the Court intends to deny the Motion and the IFP Motion"; and the Court having entered a further order (the "Second Order")

cheduling the Evidentiary Hearing for August 31, 2006 and ruling that "[a]s indicated at the April 11, 2006 hearing and in this Court's Order of April 13, 2006, if Mr. Roper fails to appear at the scheduled hearing, the Court intends to deny the Motion and the IFP Motion"; and the Court having entered an order on August 28, 2006 (the "August 28th Order") [*see* Docket No. 2285], denying Mr. Roper's further request to adjourn the Evidentiary Hearing; and Mr. Roper having failed to personally appear at the scheduled Evidentiary Hearing to consider the Motion and the IFP Motion; and upon the findings of fact and conclusions of law set forth on the record of the Hearing and the rulings contained in the First Order and the Second Order, it is hereby

ORDERED, that the Motion and the IFP Motion are denied.

Dated: August 31, 2006
      Wilmington, Delaware

                                                KEVIN J. CAREY
                                                UNITED STATES BANKRUPTCY JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF *Coelse A -&- 85607*  *Peter Christian Rep*

CASE NAME:  *Garden Ridge Cory*

CASE NUMBER  *04-10324*  ) (USDC – )

    I am employed in the County of *Coelse*, State of California. I am over the age of 18 and *not* a party to the within action; my business address is: *Arizona*

[X]  *1355 21St*

    On *9/1/06*, ~~2006~~ I served the following document described as:

*Notion   Appeal*

in this action by transmitting a true copy thereof enclosed in a sealed envelope addressed as follows:

*P. Morgan    Yang Carney
1000 West
Wilmington Delaware*

[X]  **BY MAIL**  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at            California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY PERSONAL SERVICE**  I delivered such envelope by hand to the offices of the above-identified recipients.

[X]  **FEDERAL**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on *Sept 8* 2006            *Arizona.*

8

AMENDED JOINT EXHIBIT LIST

*Appeal*

FORM 6.   Motion and Declaration for Leave to Proceed in Forma Pauperis

*I Swear*

**UNITED STATES** *States Bankruptcy Court. District of Delaware*

*Pastor Christian Charles Roper   Garden Ridge Chapel.*

No. _____

### Motion and Declaration for Leave to Proceed in Forma Pauperis

INSTRUCTIONS: If you do not pay the fee, file this completed form with your petition for
review or notice of appeal within 14 days of the date of docketing. Complete all questions in this
application and then sign it. Do not leave any blanks; if the answer to a question is "0", "none",
or "not applicable"(N/A), write in that response. If you need more space to answer a question
or to explain your answer, attach a separate sheet of paper identified with your name, your case
docket number, and the question number. Failure to fully answer the questions may result in a
denial of the motion.

Petitioner/Appellant hereby moves for leave to proceed in forma pauperis, pursuant to
28 U.S.C. § 1915, in this case and submits the following declaration in support thereof:

I, *Pastor Christian Charles Roper*, am the Petitioner/Appellant in the
above-entitled case. In support of my motion to proceed on appeal without being required to pay
the docketing fee, I state that I am unable to pay the fee because of my poverty; that I believe that I
am entitled to redress; and that the issues which I desire to present on appeal are the following:
*For Compensation and Payment of Patent and (17 (ours)
Copyright Royalties For my US Patent 4,713,909 USC Title 35*

I further declare that the responses which I have made to the questions and instructions
below relating to my ability to pay the docketing fee are true.

1.   For both you and your spouse, estimate the average amount of money received from
each of the following sources during the past 12 months. Adjust any amount that was received
weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross
amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | **You** | **Spouse** | **You** | **Spouse** |
| Employment | $ 700 | $ NA | $ 0 | $ NA |
| Self-employment | $ 0 | $ NA | $ NA | $ NA |
| Income from real property (such as rental income) | $ 0 | $ NA | $ NA | $ NA |

*I Am Presently Unemployed*

**FORM 6.   Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

|  | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
|  | **You** | **Spouse** | **You** | **Spouse** |
| Interest and dividends | $ 0 | $ NA | $ 0 | $ 0 |
| Gifts | $ 0 | $ NA | $ 0 | $ 0 |
| Alimony | $ 0 | $ NA | $ 0 | $ 0 |
| Child support | $ 0 | $ NA | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ NA | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ NA | $ 0 | $ NA |
| Unemployment payments | $ 0 | $ NA | $ 0 | $ NA |
| Public assistance (such as welfare) | $ 0 | $ NA | $ 0 | $ 0 |
| Other (specify) _____ | $ 0 | $ NA | $ 0 | $ 0 |
| **Total monthly income:** | $ 700 | $ | $ | $ |

2.    List your employment history for the past two years, most recent employer first. (Gross monthly pay is pay before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Gamma Industries | 7757 Sunset Blvd Los Angeles CA | 8/15/05-7/1/06    I am presently unemployed | $ 700 |

3.    List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is pay before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA. | | | |

4.    Are you presently incarcerated? _____ Yes  ✓ No  If so, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Form 6

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

5. How much cash do you and your spouse have? $ _____0_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution. State the average monthly balance.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NA | NA | $ NA | $ NA |
| NA | NA | $ N | $ |

6. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Other assets (Value) |
|---|---|---|
| $30,000 | | |

| Other assets (Value) | Motor vehicle #1 Make, model & year: | Motor vehicle #2 Make, model & year: |
|---|---|---|
| NA | Lincoln $4000 Value: | Value: |
| | Registration #: | Registration #: |

7. State every person, business, or organization owing you or your spouse money, and the amount owed:

| Person, business or organization owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Carpen Ridge Comp | Case is in Court | |
| JoAnn Stop | Case is in Court | |

**FORM 6. Motion and Declaration for Leave to Proceed In Forma Pauperis (continued)**

8.  State the persons who rely on you or your spouse for support:

| Name | Relationship | Age |
|------|-------------|-----|
| *Poter Chrestian Poter* | *Self* | *53* |
| _____ | _____ | _____ |

9.  Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  |  | **You** | **Your spouse** |
|---|---|---|---|
| Rent or home mortgage payment | *Rent* | $ *700* | $ *NA* |
| (include lot rented for mobile home) |  |  |  |
| Are real estate taxes included? ___Yes ___No |  |  |  |
| Is property insurance included? ___Yes ___No |  |  |  |
| Utilities (electricity, heating fuel, water, sewer, and telephone) |  | $ *500* | $ *NA* |
| Home maintenance (repairs and upkeep) |  | $ *200* | $ *NA* |
| Food |  | $ *2000* | $ *NA* |
| Clothing |  | $ *100* | $ *NA* |
| Laundry and dry cleaning |  | $ *100* | $ *NA* |
| Medical and dental expenses |  | $ *100* | $ *NA* |
| Transportation (not including motor vehicle payments) |  | $ *2000* | $ *NA* |
| Recreation, entertainment, newspapers, magazines, etc. |  | $ *100* | $ *NA* |
| Insurance (not deducted from wages or included in mortgage payments) |  |  |  |
| Homeowner's or renter's |  | $ *300* | $ *NA* |
| Life |  | $ *NA* | $ *NA* |
| Health |  | $ *NA* | $ *NA* |
| Motor vehicle |  | $ *70* | $ *NA* |
| Other: _____ |  | $ ____ | $ *NA* |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ |  | $ *1000* | $ ____ |

FORM 6.   Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)

|  | You | Your spouse |
|---|---|---|
| Installment payments | | |
| Motor vehicle | $ *0* | $ *NA* |
| Credit card (name): _____ | $ *0* | $ *NA* |
| Department store (name): _____ | $ *0* | $ *NA* |
| Other: _____ | $_____ | $ *NA* |
| Alimony, maintenance, and support paid to others | $_____ | $_____ |
| Regular expenses for operation of business, | $_____ | $_____ |
| profession or farm (attach detailed statement) | | |
| Other (specify): _____ | $_____ | $_____ |
| **Total monthly expenses**: | $_____ | $_____ |

10.   Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

___Yes   ✓ No        If yes, describe on an attached sheet.

11.   Have you paid, or will you be paying, an attorney any money for services in connection with this case, including the completion of this form?

✓ Yes   ___No        If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____ *JOHn PHILLipS* _____

_____ *Pridson St. WILmIngtonDE* _____

12.   Have you paid, or will you be paying, anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

___Yes   ___No        If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

13.   Provide any other information that will help explain why you cannot pay the docketing fees for your appeal or petition for review.

*I Am Presently unemployed, AND HAnD Injury AND I Have Already PAID For Another Case in U.S. Court of Appeals in Washington DC*

FORM 6.   Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)

14.   Have you ever filed a motion for leave to proceed in forma pauperis in any other case in this court? ___Yes ___No ✓ If yes, state the name and docket number of that case.

_____

15.   State the address of your legal residence:
_____ BSG-21 St · Douglas ARIZona 85607 _____

Your daytime phone number: (520) 805 0584 _____

Your social security number: _____

Your age: 53 _____   Your years of schooling: 21 _____

You must sign and date the declaration under penalty of perjury.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury, under the laws of the United States, that my answer on this form are true and correct.

___9/7/06___
Date

___Rlike Christia Charles/Reye___
Petitioner's/Appellant's signature

I Swea So AeLl no
Goa

cc:

## ORDER OF THE COURT

The motion to proceed in forma pauperis is DENIED. The docketing fee must be paid within 14 days.

The motion to proceed in forma pauperis is GRANTED. Let the applicant proceed without prepayment of the docketing fee.

_____   _____
Circuit Judge       Date

_____   _____
Circuit Judge or Clerk    Date

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GARDEN RIDGE CORPORATION, | ) | Case No. 04-10324 (KJC) |
| et al., | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Ref. Docket Nos. 2117, 2119, 2132, 2144, 2240, 2252, 2278, 2279, 2285** |

## ORDER DENYING (I) MOTION FOR RECONSIDERATION TO GRANT PAYMENT FOR CLAIMS (DOCKET NO. 2117), AND (II) MOTION FOR ORDER RE: LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE IN FORMA PAUPERIS (DOCKET NO. 2119)

Upon consideration of the *Motion for Reconsideration to Grant Payment for Claims* (the "Motion") [*see* Docket No. 2117] filed by Peter Christian Roper ("Roper") on March 20, 2006; and upon consideration of the opposition of the above-captioned reorganized debtors' (collectively, the "Debtors") thereto [*see* Docket No. 2132]; and upon consideration of the *Motion for Order re: Leave to File Action Without Prepayment of Filing Fee In Forma Pauperis* (the "IFP Motion") [*see* Docket No. 2119] filed contemporaneous with the Motion; and the Court having held a hearing to consider the Motion, the IFP Motion and the Debtors' opposition thereto on April 11, 2006 (the "Hearing"); and the Court having determined at the Hearing that Mr. Roper should be afforded an evidentiary hearing (an "Evidentiary Hearing") in order to substantiate and meet the burden of proof required to adequately consider the relief requested in the Motion and the IFP Motion; and, therefore, the Court having entered an order (the "First Order") on April 13, 2006 [*see* Docket No. 2144] scheduling the Evidentiary Hearing for July 18, 2006 and ruling that "[a]s indicated to the parties at the April 11, 2006 hearing, if Mr. Roper[] fails to appear at the scheduled evidentiary hearing, the Court intends to deny the Motion and the IFP Motion"; and the Court having entered a further order (the "Second Order")

rescheduling the Evidentiary Hearing for August 31, 2006 and ruling that "[a]s indicated at the

April 11, 2006 hearing and in this Court's Order of April 13, 2006, if Mr. Roper fails to appear at

the scheduled hearing, the Court intends to deny the Motion and the IFP Motion"; and the Court

having entered an order on August 28, 2006 (the "August 28th Order") [*see* Docket No. 2285],

denying Mr. Roper's further request to adjourn the Evidentiary Hearing; and Mr. Roper having

failed to personally appear at the scheduled Evidentiary Hearing to consider the Motion and the

IFP Motion; and upon the findings of fact and conclusions of law set forth on the record of the

Hearing and the rulings contained in the First Order and the Second Order, it is hereby

ORDERED, that the Motion and the IFP Motion are denied.

Dated: August 31, 2006
      Wilmington, Delaware

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2

DB01:2178919.1

062883.1001

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

### APPEAL TRANSMITTAL SHEET

Case Number: 04-10324      ⦿BK   ◯ AP

If AP, related BK Case Number: _____

 **- 0 6 - 7 2 3 -**

Title of Order Appealed:

Order Denying (I) Motion for Reconsideration to Grant Payment for Claims and (II) Mot

Docket Number: 2290          Date Entered: 8/31/06 _____

Item Transmitted:    ⦿ Notice of Appeal            ◯ Motion for Leave to Appeal
                 ◯ Amended Notice of Appeal      ◯ Cross Appeal
                 Docket Number: 2302 _____       Date Filed: _____

| *Appellant/Cross Appellant: | *Appellee/Cross Appellee |
|---|---|
| Peter Christian Roper | Garden Ridge Corporation et al    ◾ |
| Counsel for Appellant: | Counsel for Appellee: |
| Pro-se _____ ◾ | Sean T Greecher |
| | Young Conaway Stargatt & Taylor |
| | The Brandywine Bldg |
| | 1000 West St 17 Fl |
| | Wilmington, DE 19801 |

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ◯ Yes   ⦿ No

IFP Motion Filed by Appellant?   ⦿ Yes   ◯ No

Have Additional Appeals to the Same Order been Filed? ◯ Yes   ◯ No

     If so, has District Court assigned a Civil Action Number?    ◯ Yes   ◯ No   Civil Action # _____

Additional Notes:

Substance of appeal revisits CA 06-555. IFP application granted 11/28/06

11/30/06 _____
Date

By: Ken Brown _____

Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: _____
7/6/06