IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   2

IN RE: Garden Ridge Corporation et al

---

|  |  |  |
|---|---|---|
| Peter Roper Christian | ) | |
|  | ) | |
| Appellant | ) | Civil Action No.   06-723 |
| v. | ) | |
|  | ) | |
|  | ) | |
| Garden Ridge Corporation et al | ) | |
|  | ) | |
| Appellee | ) | Bankruptcy Case No. 03-10324 |
|  |  | Bankruptcy Appeal No. 06-59 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 8/31/06 was docketed in the District Court on 11/30/06:

> Order Denying (I) Motion for Reconsideration to Grant Payment for Claims (Docket No. 2117), and (II) Motion for Order Re: Leave to File Action Without Prepayment of Filing Fee in Forma Pauperis (Docket No. 2119)

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

    Peter T. Dalleo
    Clerk of Court

Date:   December 1, 2006

To:   U.S. Bankruptcy Court
      Counsel
      Peter Christian Roper