IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------x | | |
| In re ) | | Chapter 11 |
| ) | | |
| GARDEN RIDGE CORPORATION, ) | | Case No. 04-10324 (KJC) |
| *et al.,* ) | | |
| ) | | Jointly Administered |
| Debtors. ) | | |
| ------------------------------------------------------------x | | |
| ) | | |
| PETER CHRISTIAN ROPER, ) | | Civil Action No. 06-723 (GMS) |
| ) | | |
| Appellant, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| GARDEN RIDGE CORPORATION, *et al.* ) | | |
| ) | | |
| Appellees. ) | | |
| ------------------------------------------------------------x | | |

**MOTION OF APPELLEES GARDEN RIDGE CORPORATION, ET AL. (I) TO DISMISS APPEALS, AND (II) FOR AN AWARD OF DAMAGES PURSUANT TO APPELLATE RULE 38 AND BANKRUPTCY RULE 8020**

The above-captioned reorganized debtors (the "Debtors"), as the appellees in the above-captioned appeal (the "Appeal") hereby submits this motion (the "Motion") for entry of an Order, pursuant to Rules 8011 and 8020 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), dismissing the Appeal filed by Peter Christian Roper ("Roper") as frivolous and malicious pursuant to 28 U.S.C. § 1915(e)(2)(B), Bankruptcy Rule 8020, and Rule 38 of the Federal Rules of Appellate Procedure and, in the alternative, for failure to prosecute the Appeal pursuant to Bankruptcy Rule 8006.

The relevant facts and principles of law in support of this Motion are more fully set forth in Brief in Support of Motions of Appellees Garden Ridge Corporation, et al. (I) to

Dismiss Appeals, and (ii) For an Award of Damages Pursuant to Appellate Rule 38 and Bankruptcy Rule 8020, filed concurrently herewith and incorporated herein by reference.

WHEREFORE, the Debtors respectfully request that the Court dismiss the Appeal and grant the Debtors such other and further relief as is just and proper.

Dated: December 29, 2006
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/

Pauline K. Morgan (Delaware Bar No. 3650)
Joseph M. Barry (Delaware Bar No. 4221)
Sean T. Greecher (Delaware Bar No. 4484)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Attorneys for the Debtors/Appellees

## CERTIFICATE OF SERVICE

      I, Sean T. Greecher, Esquire, hereby certify that I am not less than 18 years of age and that on December 29, 2006, I caused a copy of the attached document to be served on the following parties by Federal Express or Hand Delivery, as indicated:

**VIA FEDERAL EXPRESS**

Peter Christian Roper, pro se
1356 21st St.
Douglas, AZ 85607

                                                                         Sean T. Greecher (Delaware Bar No. 4484)

Dated: December 29, 2006