IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                          :

GARDEN RIDGE CORPORATION,                       :
et al.
        Debtor                                 :

_____

PETER CHRISTIAN ROPER                           :

                            :

        Appellant

                            :

        v.                              Civil Action No. 06-723 GMS
                            :  Bankruptcy Case No. 04-10324

GARDEN RIDGE CORPORATION,                       :
et al.
        Appellee                               :

                            :

## ORDER

WHEREAS, on November 30, 2006, a Notice of Appeal from the bankruptcy court appealing the

Order entered by Judge Carey on August 31, 2006, was filed (D.I. 1);

WHEREAS, on December 29, 2006, a Motion to Dismiss was filed by the Appellee Garden Ridge

Corporation, et al. (D.I. 3);

WHEREAS, on December 29, 2006, a letter was filed by John Adam Kerns, Jr., Esq. advising the

court that this case is not appropriate for mediation (D.I. 4);

IT IS HEREBY ORDERED that:

The Appellant, Peter Christian Roper, is ordered to file a response to the Appellee's Motion to Dismiss

within ten (10) days of the date of this Order.  Failure to file such a response may result in dismissal, without

prejudice, of this case.



UNITED STATES DISTRICT JUDGE

Jan 31        , 2007

FILED

JAN 3 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE