To Clerk

U.S. District Court
District of Delaware
Case 1:06 CV-723 (GMS)

Peter Christian Roper v Garden Ridge Corp.

CHANGE OF ADDRESS

PLEASE, Mail all correspondence on this case to Peter Christian Charles Roper
156 Albert St. Apt 20
c/o 158 Albert St., Office
Las Vegas
Nevada 89109. USA.

Phone 909-522-2648

Peter Christian Charles Roper

Scanned- BoV  2/13/07
cc Betty