( 1 )

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
CASE 1: 06-CV- 723 (GMS) Judge Gregory M. Sleet

1. PETER CHRISTIAN CHARLES ROPER —156 ALBERT ST APT 20, Las Vegas
2. C/o 158 Albert St., Las Vegas Nevada 89109    NEVADA 89109.
3.    U.S.A. (909)522-2648
4.    V    JURY TRIAL DEMANDED.
5. GARDEN RIDGE CORPORATION
6.    ATRIUM Houston, Texas
7. Young Conaway, Stargatt 1000 West St, Wilmington Delaware
8. Pauline Morgan, Sean Greecher, John Barry, Attorneys for
9.    Garden Ridge.
10. PETER CHRISTIAN CHARLES ROPER'S MOTION TO DENY GARDEN
11. RIDGE 'S MOTION TO DISMISS, AND Request For Jury Trial

12.    PETER CHRISTIAN CHARLES ROPER patriotic U.S.
13. CITIZEN request the Garden Ridge Motion to dismiss be denied.
14.    PETER CHRISTIAN CHARLES ROPER OWNER OF U.S. PATENT
15. 4,713,909 ' INDOOR AND OUTDOOR CLOTH FARM, A VALID PATENT,
16. and 5 valid U.S, Copyrights TXU 69-514 " UNITED SPACE OF
17. AMERICA.... REQUESTS A JURY TRIAL WITHIN THE SEVENTH AMEND-
18. MENT TO THE U.S. CONSTITUTION to have Garden Ridge
19. Pay him COMPENSATION for infringing his U.s Patent
20. in violation of Title 35 U.S.C 271, 284, and 5 Copyrights in
21. Title 17 U.S.C. 504. by making and selling, and Commercially
22. advertising Floral Sponge Foam Potted Products and com-
23. binations of silk cloth flowers from 1978 to 2007, 28 years
24. The Floral Sponge Foam protected in Peter Christian Roper's
25. U.S. PATENT 4,713,909 Claims 1,2,3,4 and fig 9 numeral 51, page 9
    ALSO IN DRAWINGS Page 9.    (EXHIBIT 1, Page 10)
26. 51 , and his Copyrights Txu 69-514, TXU 141-593, EXHIBIT 2, Page 11.
27. Copyright — 1978

2

1    PETER CHRISTIAN CHARLES ROPER 'S U.S. PATENT

2    4,713,909 in Exhibit 1, page 10 clearly states,

3    " in FIG 9 there is shown another design 44

4    of the Invention that includes aPOT 45.... THE

5    OUTER SHELL INCLUDES A SPONGE LINING 51.. 9(lines 30-36)"

6    "The SPONGE LINING 51" stated in Peter Christian Roper's

7    U.S PATENT 4,713,909 is THE FUNCTIONAL EQUIVALENT OF THE

8    FLORAL SPONGE FOAM MADE AND SOLD BY GARDEN RIDGE

9    and is also stated in CLAIMS 1, 2, 3, 4 of his PATENT.

10       CLAIM 1 States, " A Plant CULITIVATOR com-

11   prising a cloth structure ADAPTED TO Hold Cultivating

12   Material for growing plants WITH MEANS FOR VARYING

13   RETENTION OF IRRIGATING LIQUID in said cultivator in

14   combination with means for supporting said structure

15   in horizontal position at varios elevations above a

16   base surface wherein said structure includes a plurality

17   of vertically spaced superimposed sections,"

18   The Floral Sponge Foam is THE FUNTIONAL EQUIVALENT FOR

19   "THE ADAPTATION TO HOLD CULTIVATING MATERIAL for

20   GROWING PLANTS WITH MEANS FOR VARYING RETENTION OF

21   IRRIGATING LIQUID, DESCRIBED HERE, IN CLAIM 1 of

22   Peter ROPER's U.S. PATENT 4,713,909 Granted by The    FIG 9

23   U.S. Patent Office on December 22,1987 Exhibit 1, page 10, page 4 Drawings

24   This proves that Garden Ridge has Infringed The Claims

25   1,2,3,4 of his Patent and should compensate him $5 MILLION

26   in Title 35 U.S.C. SEC. 284,271 for making and selling

27   Floral Foam Sponge POTTED Products; and Cloth Silk

28   Flower combinations in 44 Stores in 13 States for 28years.

(2)

(3)

1  CLAIMS    2  States , " A Cultivator as in
2     CLAIM1 secomd said means comprise movable supports
3  being driven by a mechanism to position said sections
4  at variable elevations, wherein said supports are
5  mounted on vertical members . "  Claim 2
6  also states that Claim 2 Covers  Claim 1 and has also,
7  "THe  MEANS FOR VARYING RETENTION   OR Floral FOAM
8  SPONGE LINING 51" in the specifications of his,
9  Peter ROPER's  U.S,PATENT  4,713,909. Exhibit 1, page 10, Fig 99 page 9.
10    Peter CHRISTIAN CHARLES ROPER'S COPYRIGHT  TXu141-593,
11  COPYRIGHT TXU 69-514  in Exhibit  2 , Page 11 ,also,
12  incldes and describes an covers the POTTED  FLORAL
13  SPONGES  AND Proves  That Garden Ridge has  also
14  infringed his 5 Copyrights  Txu 69-514 and should
15  Compensate him   $5   MILLION Dollars within  Title 17
16  SEC  .504. Copyright Txu 69-514, and Copyright Txu141-593
17  also state that the Sponge Foam could also be usedin
18  The  FLORAL SPONGE POTTED ARRANGEMENTS AND ALSO INCLUDES
19  PICTURES AND DRAWINGS OF THE POTTED FLORAL SPONGE FOAM.
20  as shown in EXHIBIT  2,3     pages 11, AND IN COMPLAYNT.
21    Garden Ridge has infringed both PETER CHRISTIAN
22  CHARLES ROPER's U.S. PATENT AND 5 COPYRIGHTS TXU69-514
23  granted in    May 22,1981 , 27 Years AgO and  Copyright
24  Txu141 -593 granted  Jan 24, 1983. Peter christian Roper
25   requests that Motion to  Dismiss be  denied; AND He Be
26  COMPENSATED $5 MILLION DOLLARS OR A JURY TRIAL
27.
28  Peter CAustin CHarles Roper FEB 11, 2007

COUNT I  Compensation for Patent Infringement in Title 35U.S.C
1.     SEC. 271, 284
2.     (1) The Plaintiff, Peter Christian Charles Roper, Owner and
3.     Inventor of U.S. Patent 4,713,909 request the U.S.Court of
4.     Of Appeals, Honorable Judges, hearty Jury members to rule
5.     for the Appellant and have the Appellee, GARDEN Ridge
6.     pay Peter Christian Charles Roper $ 5 Million Dollars
7.     Compensation for Patent Infringement Damages caused by GARDEN
8.     Ridge DISCRIMINATION, willful and intentional infringement by mak-
9.     ing, selling Billions of Units of FLORAL FOAM SPONGES, and
10.    FLORAL FOAM SPONGE FLOWER POTS protected in the Claims and
11.    Fig 9 of Apellant Peter C Roper's U.S. Patent 4,713,909 .
       Exhibit, I , Page 10,9 or whatever necessary amount for 6 years.
12. COUNT 2 (2) The Appellant, Peter Christian Charles Roper, Owner
13.    of U.S. Patent 4,713,909 request the Honorable Judges for
14.    U.S. Court of DISTRICT OF Delaware.  , respectable Jury Menbers,
15.    to rule to have GARDEN Ridge, Pay Peter Christian Roper
16.    $ 5 Million Dollars in Patent Royalties for makling, and
17.    selling Millions of Units of Floral Foam Sponge Combinations
18.    with Cloth Silk Flowers, and POTTED FLORAL Foam Sponge-,Cloth
19.    Silk Flower combinations in Peter Roper's U.S. Patent 4,713,909
20.    from 1979-2004, 26 years or from 1999-2004 or whatever nec-
21.    essary amount within Title 35 U.S.C. Sec. 271 which states
22.    ''NO PATENT OWNER SHALL BE DENIED RELIEF''.Exhibit, , Page
23. COUNT 3 (3) The Appellant, Peter Christian Charles Roper, request
24.    The U.S. Court     Judges, respectable Jury to rule to
25.    have GARDEN Ridge pay The Appellant, Peter Christian Charles
26.    Roper $ 5 Million dollars for Business Losses caused by GARDEN
27.    Ridge Stores infringement of his patent or whatever nec-
28.    essary amount in Title 35 U.S.C Sec. 271, 284    (5)

COUNT 4    Triple Damages Patent Compensation Title 35 U.S.C. Sec. 284

1. (4) The Apellant, Peter Christian Charles Roper, request the Hon-
2. rable Judges in The U.S. Court DISTRICT OF Delaware, respectable Jury
3. Members to rule for Peter Christian Roper and have the Appell-
4. ee, GARDEN Ridge, pay him $10 Million in TRIPLE Damages for
5. infringement of Peter Roper's U.S. Patent 4,713,909 by making
6. and selling millions of units of Floral FOAM SPONGES AND
7. FLOWER POTTED FLORAL FOAM SPONGES, protected in his U.S. Patent
   for 17 years from 1987 to 2004 Exhibit 1, Page 10 reverse Lower Court
8. COUNT 5
9. (5) The Appellant, Peter Christian Roper, requests the Honorable
10. Judges in the U.S. Court DISTRICT OF Delaware, respectable JURY to have
11. GARDEN Ridge Pay him $5 Million or .10% Post Judgement Interest
12. and 10% Pre- Judgement Interest from 1998-2004 Title 35 U.S.C. 284
13. COUNT 6  The Appellant, Peter Charles Christian Roper, Original
    (6)
14. Writer and Owner of Copyright Txu-69-514 'United Space of America'
15. a valid Copyright registered on May 21, 1981 in The Register
16. Of Copyrights, Library Of Congress, Washington, D.C. requests
17. the Honorable U.S. Court of Appeals Judges, respectable JURY
18. to have GARDEN Ridge Pay him $5 Million Dollars Compensation
19. for Copyright Infringement Damages for Commercially advertising
20. Millions of Pages with Expressions and Descriptions of Floral
21. Foam Sponges, and Flower Pots with Floral Foam Sponges and
22. Cloth Silk Flower Fabric combination protected in his Copyright
23. Txu-69-514 on Their GARDEN Ridge INTERNET WEBSITE, Catalogs,
24. Books        Magzines, Flyers, printing, publications, etc.
25. to Millions of Consumers in    44 Stores in 13 States for
26. 24 Years from 1981 to 2005 during his Copyright within Title 17
27. U.S.C. Sec. 504. GARDEN Ridge has earned $1.6 Billion per year
28. In Gross Income in Duns and Bradstreet Report Exhibit 12, Page 41
    and Reverse Lower Court.    (6)    In Complaint

1  COUNT  7   Compensation for Copyright Infringement Title 17U.S.C 504
2  (7) The Appellant, Peter Charles Christian Roper, Original Writer,
3  and Owner of Copyright Txu-141-593 'Life In America JESUS Christian
4  World Program : A TRILLION DOLLAR CAMPAIGN TO SAVE AMERICAN FARMERS'
5  a Valid Copyright registered in U.S. Copyright Office, Library of
6  of CONGRESS, Washington, D.C. ON January 24,1983 Exhibit, page
7  requests the Honorable Judges in The U.S. Court District Delaware to have
8  Pay him, Peter Charles Roper, $ 5 Million Compen-
9  sation for infringing this Copyright Txu 141-593 By Commercially
10 advertising for sale Millions of Pages with Expressions and Des-
11 criptions of Floral Foam Sponges, Millions of Flower Pots with
12 Floral Foam Sponges with Cloth Fabric Flowers in 77 to 100 varie-
13 ties in overwhelming evidence in Exhibit 3, Page 13 to Exhibit 6, Page 16
14 On their GARDEN Ridge.COM INTERNET WBSITE, in the Newspapers
15 Books, MAGAZINES, Flyers, Printing etc. to Millions of
16 Consumers, IN Catalogs, IN 44 Stores in 13 States for 23 years from
17 1983 to 2005. GARDEN Ridge has earned $1.6 Billion in Gross Rev- pey
18 per 2002,2003 DUNS and BRADSTREET Report Exhibit 12, Page 41, EXHIBIT 13, 4.
19 and a Total of more than $ 33 Billion for 23 years. The Appellant,
20 Peter Christian Charles Roper, request The Honorable U.S. Court
21 to REVERSE THE LOWER COURT, COURTERRONEOUS Decision
22 and grant COMPENSATION, AND A JURY TRIAL FOR THE APPellant,
23 PETER CHRISTIAN CHARLES ROPER. or whatever amount the Court or
25 Jury may Rule necessary for Compensation for Copyright Damages
26 Compensation.
27
28 *Peter Christian Charles Roper — Plaintiff*
   *Feb 10, 2007*

*EXHIBIT I*

## United States Patent [19] 

Roper et al.

[11] Patent Number: 4,713,909
[45] Date of Patent: Dec. 22, 1987

[54] **INDOOR AND OUTDOOR CLOTH FARM**

[76] Inventors: Peter Roper, 957 E. 224th St., Bronx, N.Y. 10466; George Spector, 233 Broadway, 3615 Woolworth Bldg., New York, N.Y. 10007

[21] Appl. No.: 363,292

[22] Filed: Mar. 29, 1982

**Related U.S. Application Data**

[63] Continuation of Ser. No. 905,475, May 12, 1978, abandoned.

[51] Int. Cl.⁴ ............................................. A01G 9/02
[52] U.S. Cl. ....................................... 47/17; 47/66
[58] Field of Search .............................. 47/59–61, 47/65, 39, 67, 78, 17, 76

[56] **References Cited**
U.S. PATENT DOCUMENTS
2,669,065  2/1954  Clegg ............................. 47/76

*Primary Examiner*—Robert E. Bagwill
*Attorney, Agent, or Firm*—Peter Roper; George Spector

[57] **ABSTRACT**

A farm structure for growing plants or crop in a small area or increasing an area for farming, composed of several tiers of cloth, one above another, each cloth supporting a quantity of earth in which plants are growing; water used in watering plants on the uppermost tier, dripping downward successively through at the tiers, so to water the plants in each tier; extra layers of cloth snapped under any tier for greater water retention, flood lights under each tier, giving light to plants in a tier therebelow and warming a soil thereabove, and an elevator mechanism for lowering the tiers of a large outdoor model, so that harvesting can be done more efficiently at a ground level.

4 Claims, 9 Drawing Figures

*EXHIBIT I*



Peter Christian Roen  U.S. Patent 4,713,909

**U.S. Patent**  Dec. 22, 1987   Sheet 1 of 1   4,713,909

(Page 9)



Foam
Pot with sponge
Floral Pot with Floral Sponge Foam Functional Equivalent

Exhibit I   Page 9

*Exhibit I*

*(10)*

*Exhibit I*

**4,713,909**

# INDOOR AND OUTDOOR CLOTH FARM

This is a continuation of application Ser. No. 905,475, filed May 12, 1978, now abandoned.

This invention relates generally to miniature farms.

A principal object of the present invention is to provide a miniature farm in which plants are grown in tiers one above another, so to require less ground area.

Another object is to provide a miniature farm in which each tier includes a horizontal cloth holding a quantity of earth in which the plants grow, and irrigation water provided to the plants in the uppermost tier, dripping therethrough and through successive tiers therebelow, so to water all the plants in each tier with a single watering at the top.

Another object is to provide a cloth farm which may be made on either a small or large scale for indoor or outdoor installation.

Still another object is to provide a cloth farm wherein extra cloths snapped under a tier gives greater water retention in the tier, as needed by plants.

Still another object is to provide a cloth farm in which flood lights under a tier for plants therebelow also serves to give moist heat to roots of plants thereabove.

FIG. 1 is a perspective view of a small indoor model of the invention.

FIG. 2 is a perspective view of one of the cloth platforms shown above.

FIG. 3 is an enlarged detail thereof so to illustrate the snap fasteners that support it.

FIG. 4 shows another design of cloth platform support consisting of eyelets on the cloth and hooks on the frame.

FIG. 5 is a side view, partly in cross section, of a large commercial out-of-door model.

FIG. 6 is a detail of another out-of-door model in which the platforms can be lowered for purpose of seeding, hoeing or harvesting more conveniently and safely at ground level.

FIG. 7 is a cross section of another design of cloth platform, in which electric lights underneath serve to provide light for plants in a next lower cloth platform, the light also serving to heat and humidify water in the soil thereabove, so to create improved environment for the growing plants.

FIG. 8 shows the lamp of FIG. 7 above, and indicates a pan thereabove to catch some water which it heats and vaporizes.

FIG. 9 is a view of another design of the invention in which a cloth pot is held in on inner shell supported over an outer shell.

Referring now to the drawing in greater detail, and more particularly to FIGS. 1 through 4 thereof at this time, the reference numeral 10 represents a cloth farm according to the present invention, which is of indoor type. It includes a frame 11 that supports several tiers of cloth 12, one above the other, either by means of interconnecting snap fasteners 13 on the frame and cloth corners, or by means of pegs 14 on frame hooking into grommet openings 15 along the cloth edges.

The cloth may be stitched so to form individual compartments 16 by means of cloth partitions 17 therebetween or simply by upward folds 18 supported over beams 19 of the frame. Soil 20 is placed on the supported cloth to a depth sufficient for growing the plants 21.

The model of cloth farm shown in FIG. 1 includes enclosing partitions 22 around sides thereof, which may comprise mirrors so to reflect the images of flowers growing therein for a more rich display. Outer sides of partitions may be decorated with designs or paintings, as preferred.

Beneath a lowermost tier, a tank 23 serves to catch and hold the dripped water for re-use conservation. A spigot 24 is provided for draining water from the tank. The frame also encloses a bin 25 for extra soil and a bin 26 for tools, the bins being closable by hinged covers 27. The frame is supported upon wheels 28 so that the cloth farm can be moved between different areas of a house.

A nearby floor lamp 29 gives light to plants on the different tiers.

In FIG. 5 a cloth farm 30 is large so to be for outdoor use, and includes the above described cloths and frame for the soil and plants. In this design water to the uppermost tier is provided through watering system 31, in which a motor-driven pump 32 delivers water to sprinklers 33.

FIG. 3 also clearly shows that additional cloths 34 can be snapped to the underside of cloth 12 by means of snap fasteners 35 for increasing water retention in a tier.

In FIG. 6, an outdoor cloth farm 40 is the same as outdoor cloth farm 30 except that a mechanism 41 is included for each tier, so to lower the same to a ground level at time of harvesting so to be more convenient.

In FIGS. 7 and 8 illuminating lamps 42 secured to underside of a cloth, give light to plants in a tier therebelow. A pan 43 integral with the lamp frame serves to hold downward draining water in the soil, so that heat from the lamp therebelow heat the water so to humidify the soil in a warmed manner and thus promote better root growing conditions.

In FIG. 9 there is shown another design 44 of the invention that includes cloth pot 45 in an inner shell support frame 46 having sideward arms 47 placable in grooves 48 of an outer shell 49. Snap fasteners 50 are along a lower edge of the frame 46. The outer shell includes a sponge lining 51 and also includes locks 52 at bottom of grooves 48 so to lock the arms 47 therein. A saucer 49 is at the bottom of the outer shell, and a spigot 50 therebeneath serves to drain water out therefrom.

In the present invention, the food or flower production formula of $D/R=M$, applies wherein D equals a depth (of soil), R equals root length and M equals the multiplier Factor to determine the number of plantings possible for each type plant.

What is claimed as new is:

1. A plant cultivator comprising a cloth structure adapted to hold cultivating material for growing plants with means for varying retention of irrigating liquid in said cultivator in combination with means for supporting said structure in horizontal position at various elevations above a base surface wherein said structure includes a plurality of vertically spaced superimposed sections, first said means comprising removable cloth layers.

2. A cultivator as in claim 1 second said means comprise movable supports for each section, said supports being driven by a mechanism to position said sections at variable elevations, wherein said supports are mounted on vertical members.

3. A plant cultivator comprising a structure supporting moveable vertically spaced superimposed cloth layers, adapted to hold cultivating material for growing plants, wherein each layer comprises removeable sections.

4. A cultivator as in claim 3, wherein said structure further comprises movable supports for each layer, said supports being driven by a mechanism to position said layers at various elevations wherein said supports are mounted on vertical members.

* * * * *

*Fig 9.*
*Floral Foam*
*Sponge*
*Lining 51*

Exhibit I     Page 10

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
**TXU   69-514**
TX       TXU

EFFECTIVE DATE OF REGISTRATION
22 MAY 1981
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

TITLE OF THIS WORK: UNITED STATES OF AMERICA, HUMAN RIGHTS, PEACE EXPLORATION OF UNIVERSAL MOON, CULTIVATION OF PLANTS, EXPLORATION OF AMERICA WEST INDIAN, AMERICA FIRST BORN FOR LIFE, GROW NEW YORK, WRITINGS FOR TELEVISION PRODUCTION FILM MAGAZINES

PREVIOUS OR ALTERNATIVE TITLES: LIFE, GROW NEW YORK

PUBLICATION AS A CONTRIBUTION:

**2 Author(s)**

NAME OF AUTHOR: PETER CHARLES ROPER
DATES OF BIRTH AND DEATH: Born 6/8/53

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA or Domiciled in USA

AUTHOR OF: Economic Scientific

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1960

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Peter Charles Roper
95 East 24th Street
Bronx, New York 10467

EXHIBIT 2
page 11



# Garden Ridge



HOME DECOR   SEASONAL   KITCHEN, BED & BATH   FLORAL & GREENERY   BRIDAL & PARTY   CRAFTS   PATIO & POTTERY   ART,

Tips    Articles    Store Locator



## Patio & Pottery

When warmer weather hits, you'll want to outdoor celebrations and relaxing in your paradise. Garden Ridge is your one-stop h fabulous patio furniture and outdoor cushi lounges to an assortment of tables and ch find the style that suits you best. And we year-round to bring you the most unique decorative pottery. With choices ranging f the exotic, our pottery does so much mor Add a dash of imagination and you could outdoors into your own paradise – without country!

**Featured This Week!**

**Jaw-Droppin Pottery**

**Save 50%** on s pottery, 11-14 9.99). Also **save ceramic potter** sale 9.99). Find essentials at Gar

*Prices good Marc*

EXHIBIT 3

(13)

# Garden Ridge



HOME DECOR  SEASONAL  KITCHEN, BED & BATH  FLORAL & GREENERY  BRIDAL & PARTY  CRAFTS  PATIO & POTTERY  ART,

This Week's Ad    Store Locator    Store Events   Sp





Spring
Begir

Find beaut
stems an(
to 50% o
gorgeous t
Garden, Ro
and Flowe
collections

Prices good

Experience Garden Ridge »

We do not offer online or catalog shopping.
To browse through our huge assortment of home décor accents,
please visit your local Garden Ridge store.

**Come Visit Our Stores!**



**Featured This Week**



**Great Patio Sets At Amazing Prices**

For an incredible $299, you can take home the **La Plata 5-pc. Resin Wicker Set**, the **Glenridge 5-Pc. Wrought-Iron Patio Set (shown)**, the **Sterling 5-Pc. Steel Patio Set**, or the **Avalon 5-Pc. Cushioned Steel Patio Set.**

*Prices good March 6-14, 2006.*

**Featured This Week**



**Kitchen Essentials Now (**

Save **25%** on all Bakeware (sh
ceramic, silicone and glass, reg. 
**25%** on all aluminum, stainless-
cookware, reg. 3.99-69.99.

*Prices good March 6-14, 2006*

EXHIBIT 5

(15)



# Garden Ridge

HOME DECOR   SEASONAL   KITCHEN, BED & BATH   FLORAL & GREENERY   BRIDAL & PARTY   CRAFTS   PATIO & POTTERY   ART,

Store Locator                             Store Events

## Our Stores

To find stores in your state simply enter your ZIP code or click on the map below. Finding our stores is easy; it's finding your way out once you're there that's the hard part!

**Regular Store Hours:**
Monday - Saturday 9 a.m. - 9 p.m.
Sunday 9 a.m. - 7 p.m.



Experience Garden Ridge!



Zip Code: [    ]   Go ▶

We have stores in:
AR, FL, GA, IL, KY, MO, NC, OH, OK, SC, TN, TX, VA

EX #IBIT 6

Pete C Arthur Roger    FeB 12, 2007



Certificate of Service

I, Peter C Hessing Living at 156 Albert st, Apt 20, Las Vegas, Nevada 89109. U.S.A. do swear that I mailed a copy of:
Peter Christian Charles Roperis — Motion to Deny Garden Ridge's Motion to Dismiss and (2) Request for Jury Trial and Jury Domand. to Young, Conaway, Stargatt, at 1000 West st, Brandywine Bldg, Wilmington Delaware 19801 in First Class Certified mail to Pauline Morgan, Sean Greecher, Joan Boray, Attorneys for Garden Ridge Corp.

Peter C Hessing   February 12, 2007