U.S. District Court

Case 1:06-CV-723

Peter Christian Charles Rope (901) 522-2608
  156 Albert St Apt 20, Las Vegas, Nevada.
C/o 158 Albert St. Las Vegas, Nevada 89109 U.S.A.

                V

Garden Ridge Corp.                    Jury Demand
Young, Conaway, 1000 West St, Wilmington
                                 Delaware 19801

Request For Jury Trial

I, Peter Christian Charles Rope, do
Hereby Request a Jury Trial in/Ain
the 7th Amendment to the U.S. Constitution

                        Peter Christian Charles Rope
                        February 12, 2007