FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 JAN 29 PM 3:41

SS

1  Peter Christian Roper
2  3300 Decatur Blvd, #10670
3  Las Vegas, Nevada 89102
4
5  Attorneys for Plaintiff

1:06-CV723
-GMS

6
7                UNITED STATE DISTRICT COURT
8                CENTRAL DISTRICT OF CALIFORNIA

9  Peter Christian Roper            ) Peter Christian Roper is
10 Peter Christian Roper             ) Motion to Deny Garden
   3300 Decatur Blvd #10670          ) Motion to Dismiss
11 Las Vegas, Nevada 89102           ) Case No.  Damages
12                Plaintiff (S)      ) 1:06-CV723  Jury Tri
13       -vs-                        ) Title 35, Section 271
14 Garden Ridge     Corp.            ) Patent Infringement, Copyr
15 19411 Atrium Place Ste. 170       ) Infringement Title 17 U.S.
16 Houston, TX 77084  Garden Ridge   ) Investments Inc.,
17 Garden Ridge Holdings Inc.,       ) THREE JUDGE COURT
18 Garden Ridge LP,  Defendants(s)   ) Garden Ridge Pottery
        AND  SUBSIDIARIES
19                                   ) Jury Trial Requested
20

PETER CHRISTIAN ROPER, U.S. Citizen, OWNER OF U.S.
PATENT 4,713,909 "INDOOR AND OUTDOOR CLOTH FARM",
5 COPYRIGHTS TXU69-514, TXU
REQUEST THE U.S. DISTRICT COURT, Judges TO DENY
GARDEN RIDGE MOTION TO DISMISS, AND DENY D
BECAUSE GARDEN RIDGE ET AL CLEARLY HAVE INFRINGED
HIS PATENT AND COPYRIGHTS, HEREBY REQUEST A
JURY TRIAL -              Peter Chr— Roper

1. Peter Christian Roper
2. 3300 Decatur Blvd.
3. #10670, Las Vegas
4. Nevada 89102, USA
5. Attorneys for Plaintiff
6.
7. UNITED STATE DISTRICT COURT
8. CENTRAL DISTRICT OF CALIFORNIA
9. Peter Christian Roper
10. Peter Christian Roper ) Peter Christian Roper's Motion to Deny Garden Ridge's Motion to Dismiss, to Deny
11. ) Case No. Damages
12. Plaintiff (S) ) 1:06-CV-723 Jury Trial
13. -vs- )
14. Garden Ridge Corp. ) Title 35, Section 271
15. 19411 Atrium Place Ste. 170 ) Patent Infringement, Copyright Infringement Title 17 U.S.C.
16. Houston, TX 77084 Garden Ridge ) Investments Inc.,
17. Garden Ridge Holdings Inc., ) THREE JUDGE COURT
18. Garden Ridge LP, Defendants(s) ) Judge Gregory M. Sleet Garden Ridge Pottery (GMS)
19. AND SUBSIDIARIES ) Jury Trial Requested
20.

Peter Christian Roper, U.S. Citizen, Owner of U.S. Patent 4,713,909 'Indoor and Outdoor Cloth Farm' and 5 Copyrights TXu69-514, TXu Request the U.S. District Court, Judges to deny Garden Ridge Motion to Dismiss, and Deny Damages because Garden Ridge etal clearly have infringed Peter Christian Roper's U.S. Patent 4,713,909 and 5 Copyrights by making and selling Floral Sponge Foam

Flower Pots and FloralFoam Products in his US Patent 4,713,909 Exhibit Page and Copyright TXu 69-514, Exhibit Page. Peter Christian Roper request Garden Ridge compensate him $10 million within Title 35 U.S.C. Sec. 271 for Patent infringement for 17 years, from and Copyright infringement within Title 17, Sec. 504 for 29 years from 1976-2007. Title 35 U.S.C. 271 Allows the payment of Triple Damages for Patent infringement. Garden Ridge has discriminated in not paying or settling Peter Christian Roper's claim; because he is not able to afford a Lawyer; and has settled the claim of other creditors who are able to afford Lawyers.

Peter Christian Roper Request A Jury Trial within the 7th Amendment to the US Constitution.

(3)

The U.S. Supreme Court has now requested that these Patent and Copyright Cases be Reviewed Page Exhibit, and that Patent and Copyright Owners be given Right to Review, Hearing and Due Process within the 14TH Amendment.

The U.S. Court of Appeals recently Denied Payment of any Damages to Patent and Copyright Infringers.

Title 35 U.S.C. 271 and Title 17 Sec. 504 and Article 1, Sec 8 Clause 8 of the U.S. Constitution gives Patent Owners and Copyright Owners the Right to use legal Action to Protect their Rights.

Garden Ridge Has made Billions of Dollars Per Don and Bradstreet Page, Exhibit 3 selling and making Floral Foam Sponge Flower Pots and should compensate Peter Chuba Roper for his U.S. Patent 4,713,909 and Copyright TXu 69-514.

(10)

COUNT I

(14) The Plaintiff, Peter Christian Roper, Inventor and Owner of U.S. Patent 4,713909 'Indoor and Outdoor Cloth Farm' request the Jury, The Judge, the Hearty Court to rule that The Defendants, GARDEN RIDGE INVESTMENTS INC., GARDEN RIDGE HOLDINGS INC., Garden Ridge Corp. ∧ pay The Plaintiff, Peter Christian Roper, $ 10 Million Dollars ( Ten Million Dollars ) for infringing Peter Roper's U.S. Patent 4713909 AND U.S. COPYRIGHT TXu 69-514 by making and selling 'Floral Foam' and 'Floral Foam Flower Pots' in more than 40 Garden Ridge Stores in 13 or more States, that is The Functional Equivalent Of ' The Means For Varying Retention ' stated in Claim I,2,3,4 of PLaintiff, Peter Roper 's U.S. Patent 4713909 ( Attached as Evidence in Exhibit I , Page 19 to 26) and in Fig 9 of the Patent Description of The Flower Pot That states " A SPONGE LINING 5I ", and in The Patent Drawings that clearly show a " A SPONGE LINING 5I " in Fig (9 on Page of 23 Exhibit I that is The Functional Equivalent of The " FLORAL FOAM " being made and sold by The Defendants, Garden Ridge Corp. in their 40 or more stores. or an amount The Court, Jury or Judge may rule necessary Compensation for this Patent Infringement violation of Title 35 U.S.C. 3 Section 27I; and Section IOI that states, " Whoever invents a new machine, manufacture, process, or improvement becomes entitled to a Patent "; and Article I Section 8, Clause 8 of The United States Constitution that states, " Congress shall have the Right to Grant to Writers and Inventors, for the Promotion of The Arts and Sciences, The Exclusive Rights to their writings and discoveries. "

Count 2.

Peter Christian Roper, owner of U.S. Copyright TXU-695-14 ' United Space of America ... Cultivation of Plants ', request Garden Ridge Pay Him Peter Christian Roper $10 Million For Infringing His Copyright TXU695-14 By commercialling Advertising the Sale of Phonae Foam Sponge Flower Pot. in Stores, And via Internet, in Nearly 40 stores in 13 States and in Books, magazines, Catahogus, Flyers.

Peter Christian Roper
1/25/08

## SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

June 5, 2007

Peter Roper
156 Albert Ave. E.
Apt. 20
Las Vegas, NV 89109

RE: Roper v. Stores

Dear Mr. Roper:

The above-entitled petition for a writ of certiorari was postmarked June 2, 2007 and received June 5, 2007. The papers are returned for the following reason(s):

   Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.

Sincerely,
William K. Suter, Clerk
By:

S. Elliott
(202) 479-3025

Enclosures

EXHIBIT L

# United States Patent [19]

## Roper et al.

[11] Patent Number: 4,713,909
[45] Date of Patent: Dec. 22, 1987

[54] INDOOR AND OUTDOOR CLOTH FARM

[76] Inventors: Peter Roper, 957 E. 224th St., Bronx, N.Y. 10466; George Spector, 233 Broadway, 3615 Woolworth Bldg., New York, N.Y. 10007

[21] Appl. No.: 363,292

[22] Filed: Mar. 29, 1982

### Related U.S. Application Data

[63] Continuation of Ser. No. 905,475, May 12, 1978, abandoned.

[51] Int. Cl.⁴ ............................................. A01G 9/02
[52] U.S. Cl. ...................................... 47/17; 47/66
[58] Field of Search ................................ 47/59–61, 47/65, 39, 67, 78, 17, 76

[56] References Cited

U.S. PATENT DOCUMENTS

2,669,065  2/1954  Clegg .................................. 47/76

Primary Examiner—Robert E. Bagwill
Attorney, Agent, or Firm—Peter Roper; George Spector

[57] ABSTRACT

A farm structure for growing plants or crop in a small area or increasing an area for farming, composed of several tiers of cloth, one above another, each cloth supporting a quantity of earth in which plants are growing; water used in watering plants on the uppermost tier, dripping downward successively through at the tiers, so to water the plants in each tier; extra layers of cloth snapped under any tier for greater water retention, flood lights under each tier, giving light to plants in a tier therebelow and warming a soil thereabove, and an elevator mechanism for lowering the tiers of a large outdoor model, so that harvesting can be done more efficiently at a ground level.

4 Claims, 9 Drawing Figures





4,713,909

1

# INDOOR AND OUTDOOR CLOTH FARM

This is a continuation of application Ser. No. 905,475, filed May 12, 1978, now abandoned.

This invention relates generally to miniature farms.

A principal object of the present invention is to provide a miniature farm in which plants are grown in tiers one above another, so to require less ground area.

Another object is to provide a miniature farm in which each tier includes a horizontal cloth holding a quantity of earth in which the plants grow, and irrigation water provided to the plants in the uppermost tier, dripping therethrough and through successive tiers therebelow, so to water all the plants in each tier with a single watering at the top.

Another object is to provide a cloth farm which may be made on either a small or large scale for indoor or outdoor installation.

Still another object is to provide a cloth farm wherein extra cloths snapped under a tier gives greater water retention in the tier, as needed by plants.

Still another object is to provide a cloth farm in which flood lights under a tier for plants therebelow also serves to give moist heat to roots of plants thereabove.

FIG. 1 is a perspective view of a small indoor model of the invention.

FIG. 2 is a perspective view of one of the cloth platforms shown above.

FIG. 3 is an enlarged detail thereof so to illustrate the snap fasteners that support it.

FIG. 4 shows another design of cloth platform support consisting of eyelets on the cloth and hooks on the frame.

FIG. 5 is a side view, partly in cross section, of a large commercial out-of-door model.

FIG. 6 is a detail of another out-of-door model in which the platforms can be lowered for purpose of seeding, hoeing or harvesting more conveniently and safely at ground level.

FIG. 7 is a cross section of another design of cloth platform, in which electric lights underneath serve to provide light for plants in a next lower cloth platform, the light also serving to heat and humidify water in the soil thereabove, so to create improved environment for the growing plants.

FIG. 8 shows the lamp of FIG. 7 above, and indicates a pan thereabove to catch some water which it heats and vaporizes.

FIG. 9 is a view of another design of the invention in which a cloth pot is held in on inner shell supported over an outer shell.

Referring now to the drawing in greater detail, and more particularly to FIGS. 1 through 4 thereof at this time, the reference numeral 10 represents a cloth farm according to the present invention, which is of indoor type. It includes a frame 11 that supports several tiers of cloth 12, one above the other, either by means of interconnecting snap fasteners 13 on the frame and cloth corners, or by means of pegs 14 on frame hooking into grommet openings 15 along the cloth edges.

The cloth may be stitched so to form individual compartments 16 by means of cloth partitions 17 therebetween or simply by upward folds 18 supported over beams 19 of the frame. Soil 20 is placed on the supported cloth to a depth sufficient for growing the plants 21.

The model of cloth farm shown in FIG. 1 includes enclosing partitions 22 around sides thereof, which may comprise mirrors so to reflect the images of flowers growing therein for a more rich display. Outer sides of

2

partitions may be decorated with designs or paintings, as preferred.

Beneath a lowermost tier, a tank 23 serves to catch and hold the dripped water for re-use conservation. A spigot 24 is provided for draining water from the tank. The frame also encloses a bin 25 for extra soil and a bin 26 for tools, the bins being closable by hinged covers 27. The frame is supported upon wheels 28 so that the cloth farm can be moved between different areas of a house.

A nearby floor lamp 29 gives light to plants on the different tiers.

In FIG. 5 a cloth farm 30 is large so to be for outdoor use, and includes the above described cloths and frame for the soil and plants. In this design water to the uppermost tier is provided through watering system 31, in which a motor-driven pump 32 delivers water to sprinklers 33.

FIG. 3 also clearly shows that additional cloths 34 can be snapped to the underside of cloth 12 by means of snap fasteners 35 for increasing water retention in a tier.

In FIG. 6, an outdoor cloth farm 40 is the same as outdoor cloth farm 30 except that a mechanism 41 is included for each tier, so to lower the same to a ground level at time of harvesting so to be more convenient.

In FIGS. 7 and 8 illuminating lamps 42 secured to underside of a cloth, give light to plants in a tier therebelow. A pan 43 integral with the lamp frame serves to hold downward draining water in the soil, so that heat from the lamp therebelow heat the water so to humidify the soil in a warmed manner and thus promote better root growing conditions.

In FIG. 9 there is shown another design 44 of the invention that includes cloth pot 45 in an inner shell support frame 46 having sideward arms 47 placable in grooves 48 of an outer shell 49. Snap fasteners 50 are along a lower edge of the frame 46. The outer shell includes a sponge lining 51 and also includes locks 52 at bottom of grooves 48 so to lock the arms 47 therein. A saucer 49 is at the bottom of the outer shell, and a spigot 50 therebeneath serves to drain water out therefrom.

In the present invention, the food or flower production formula of $D/R=M$, applies wherein D equals a depth (of soil), R equals root length and M equals the multiplier Factor to determine the number of plantings possible for each type plant.

What is claimed as new is:

1. A plant cultivator comprising a cloth structure adapted to hold cultivating material for growing plants with means for varying retention of irrigating liquid in said cultivator in combination with means for supporting said structure in horizontal position at various elevations above a base surface wherein said structure includes a plurality of vertically spaced superimposed sections, first said means comprising removable cloth layers.

2. A cultivator as in claim 1 second said means comprise movable supports for each section, said supports being driven by a mechanism to position said sections at variable elevations, wherein said supports are mounted on vertical members.

3. A plant cultivator comprising a structure supporting moveable vertically spaced superimposed cloth layers, adapted to hold cultivating material for growing plants, wherein each layer comprises removeable sections.

4. A cultivator as in claim 3, wherein said structure further comprises movable supports for each layer, said supports being driven by a mechanism to position said layers at various elevations wherein said supports are mounted on vertical members.

* * * * *

CERTIFICATE OF REGISTRATION                                    FORM TX

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXU 69-514**

TX    TXU

EFFECTIVE DATE OF REGISTRATION

22 MAY 1981
(Month) (Day) (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

TITLE OF THIS WORK: UNITED STATES OF AMERICA Human Rights Moon Celebration of Plants, Custody... Jeff Solomon... Writings...

PREVIOUS OR ALTERNATIVE TITLES: LIFE GROW NEW YORK Production Film Magazines

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection; give information about the collective work in which the contribution appeared.)

Title of Collective Work ...    Vol ...    No ...    Date ...    Pages ...

**2 Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1  NAME OF AUTHOR: PETER CHARLES ROPER
   DATES OF BIRTH AND DEATH: Born 6/1/53  Died
   Was this author's contribution to the work a "work made for hire"?  Yes ___ No ✓
   AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA or Domiciled in USA
   WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes __ No ✓   Pseudonymous? Yes __ No ✓
   AUTHOR OF: (Briefly describe nature of this author's contribution) Economic Scientific

2  NAME OF AUTHOR:
   DATES OF BIRTH AND DEATH: Born ___ Died ___
   Was this author's contribution to the work a "work made for hire"? Yes __ No __
   AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ___ or Domiciled in ___
   WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes __ No __  Pseudonymous? Yes __ No __
   AUTHOR OF:

3  NAME OF AUTHOR:
   DATES OF BIRTH AND DEATH: Born ___ Died ___
   Was this author's contribution to the work a "work made for hire"? Yes __ No __
   AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ___ or Domiciled in ___
   WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes __ No __  Pseudonymous? Yes __ No __
   AUTHOR OF:

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1980

DATE AND NATION OF FIRST PUBLICATION: Date ___ Nation ___

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
PETER CHARLES ROPER
951 East 224th Street
Bronx, New York 10467

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

* Complete all applicable spaces (numbers 5-11) on the reverse side of this page
* Follow detailed instructions attached  * Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 3 pages

---

EXHIBIT 2 Page 21



**BUSINESSES ALPHABETICALLY**

• Frank Etter — Sec VP
• Sharon Harkrader — Tr
  Pam Donvia — Pers

**D-U-N-S 06-106-4713**
**GARD PRODUCTS INC** (IL)
250 Williams St, Carpentersville, IL 60110-1848
Tel (847) 836-7700  Founded/Ownrshp 1963
Sales 10.1MM^E   Emp 65
SIC 2879 Agricultural chemicals, nec.
  Howard Klehm Sr — Pr VP
• Nancy S Klehm — Sec Tr
  Bill Biller — VP Sls
  Jim Kelly — Pint Mgr
  Sue Carsello — Pur

**D-U-N-S 78-802-1483**
**GARD ROGARD INC**
250 Williams St, Carpentersville, IL 60110-1848
Tel (847) 836-7700  Founded/Ownrshp 1991
Sales 12.8MM^E   Emp 69
Bank Union National Bank & Trust Co of Elgin Inc, Elgin, IL
SIC 2879 Agricultural chemicals, nec.
  Howard Klehm Sr — Pr VP
• Nancy Klehm — Sec
  Bill Biller — VP
  Sue Carsello — Pur Agt

**D-U-N-S 00-723-6946**
**GARD'N-WISE DISTRIBUTORS INC** (KS)
1515 E 29th St N, Wichita, KS 67219-4129
Tel (316) 838-1451  Founded/Ownrshp 1924, 1958
Sales 17.5MM   Emp 44
SIC 5191 Garden supplies, whl.
  Robert S Wise — Ch Bd
• Stephen T Wise — Pr
• Marc Wise — Tr
• David Scott Wise — VP

**D-U-N-S 00-921-9684**
■ **GARDCO MANUFACTURING INC** (CA)
THOMAS OUTDOOR LIGHTING
(Suby of THOMAS INDUSTRIES INC) ★
2661 Alvarado St, San Leandro, CA 94577-4319
Tel (510) 357-6900  Founded/Ownrshp 1961, 1984
Sales 21.2MM^E   Emp 200
Bank Bank of America NA, Atlanta, GA
SIC 3648 Outdoor lighting equipment; Street lighting fixtures; Airport lighting fixtures: runway approach, taxi, or ramp; Area and sports luminaries.
• Timothy C Brown — Pr
  Robert Ferrando — Cont
  Dave Stumler — Cont
  William T Gendron — GM

**D-U-N-S 01-271-8854**
**GARDEN AUTO CORP** (NY)
GARDEN JEEP-EAGLE
283 N Franklin St, Hempstead, NY 11550-1310
Tel (516) 483-2700  Founded/Ownrshp 1957, 1983
Sales 17MM^E   Emp 50
Bank Chase Manhattan Bank, Melville, NY
SIC 5511 Automobiles, new and used, ret.
  John Burns — Pr
  Clare Wessel — Cont
  Toni Cioffi — Fin
  Alex Andretti — Mktg Sls
  Ricki Buhrig — Prs

**D-U-N-S 60-962-7302**
▲ **GARDEN BOTANIKA INC** (WA)
8624 154th Ave NE, Redmond, WA 98052-3556
Tel (425) 881-9603  Founded/Ownrshp 1989
Sales 102MM   Emp 1,325
Tkr Sym GBOT   Exch OTC
Bank Bank of America NA, Atlanta, GA
Accts Arthur Andersen LLP
SIC 5999 5961 2844 Toiletries, cosmetics, and perfumes, ret; Cosmetics, ret; Perfumes and colognes, ret; Toilet preparations, ret; Cosmetics and perfumes, mail order, ret; Perfumes, cosmetics and other toilet preparations; Cosmetic preparations: Perfumes and colognes.
  Arlee J Jensen — Pr CEO
• George M Newman — CFO VP
• John A Carruto — VP
• Jeffrey M Hare — VP
Board of Directors: J Victor Fandel, Gerald R Gallagher, Kem L Gillette, Michael W Luce, William B Randall, Dale J Vogel.

**GARDEN CAFE**
See OLD FASHIONED ENTERPRISES INC

**GARDEN CAFE CLOCK TOWER**
See PERX GROUP LTD

**GARDEN CASH & CARRY**
See CHARCAR CO

**GARDEN CITY CASINO & REST**
See GARDEN CITY INC

**D-U-N-S 00-694-2684**
**GARDEN CITY CO-OP INC** (KS)
106 N 6th St, Garden City, KS 67846-5545
Tel (316) 275-6161  Founded/Ownrshp 1919
Sales 67.7MM^E   Emp 150
Accts Lindburg & Vogel
SIC 5153 5191 5172 5541 5411 Grains, whl; Feed, whl; Seeds: field, garden, and flower, whl; Fertilizer materials, whl; Chemicals, agricultural, whl; Petroleum products, ret; Filling stations, gasoline, ret; Truck stops, ret; Convenience stores, ret.
  Irvin Oubine — Pr CEO

**D-U-N-S 93-903-2322**
**GARDEN CITY FEED YARD LLC**
1805 W Annie Scheer Rd, Garden City, KS 67846-8905
Tel (316) 275-4191  Founded/Ownrshp 1994
Sales 16.3MM   Emp 30
Accts Wilson Haag & Co PC
SIC 0211 Beef cattle feedlots.
  Odess Lovin — Sec Tr
• Larry Bilberry — Mgr

**D-U-N-S 87-716-5860**
**GARDEN CITY GROUP INC**
1101 Stewart Ave Ste 103, Garden City, NY 11530-4808
Tel (516) 794-5100  Founded/Ownrshp 1994
Sales 15MM   Emp 75
SIC 8111 Specialized legal services.
  Michael J Sherin — Ch Bd
• G Peter Buchband — Pr
  Lois Schnipper — Sr VP
  Andrew Sommer — VP
  Arun Rao — Cont
  Anne Fiore — Pers Dir
  Karen Wenzel — Off Mgr
Board of Directors: Peter Callahan.

**D-U-N-S 08-955-5507**
**GARDEN CITY GROUP INC**
101 Stewart Ave, Garden City, NY 11530-2341
Tel (516) 465-5169  Founded/Ownrshp 1999
Sales 10.8MM^E   Emp 99
SIC 8111 Legal services.
  David Isaac — VP

**GARDEN CITY HILTON INN**
See MINTER-WILSON DRILLING CO INC

**D-U-N-S 07-278-4002**
**GARDEN CITY HOSPITAL OSTEOPATHIC INC** (MI)
6245 Inkster Rd, Garden City, MI 48135-4001
Tel (734) 431-3300  Founded/Ownrshp 1942, 1986
Sales 112MM   Emp 1,200
Accts Ernst & Young LLP
SIC 8062 General medical and surgical hospitals.
  Gary R Ley — Pr
• Christopher Palazzolo — CFO VP

**D-U-N-S 10-683-2157**
**GARDEN CITY HOTEL INC** (NY)
45 7th St, Garden City, NY 11530-2807
Tel (516) 747-3000  Founded/Ownrshp 1982
Sales 16MM^E   Emp 475
Bank Fleet Bank NA Inc, Jericho, NY
SIC 7011 Hotels.
  Myron Nelkin — Ch Bd
• Catherine Nelkin — Pr
  Gary Stahl — Cont

**D-U-N-S 01-092-0817**
**GARDEN CITY INC** (CA)
GARDEN CITY CASINO & REST
360 Saratoga Ave, San Jose, CA 95129-1324
Tel (408) 244-3333  Founded/Ownrshp 1974, 1993
Sales 25.7MM^E   Emp 750
SIC 7999 Card rooms.
  Eli Reinhard — Pr
  Sharon Bass Lighterink — CFO
  Sheryl L Standridge — Sec
  Michael Fletcher — VP
  Louie Tersini — VP
  Ron Sommerville — Cont

**D-U-N-S 87-841-1966**
**GARDEN COMMUNITIES** (CA)
D M G ASSOCIATES
(Suby of GARDEN HOMES INC)
7689 Palmilla Dr Apt 1102, San Diego, CA 92122-5083
Tel (858) 558-9573  Founded/Ownrshp 1992
Sales 11.7MM^E   Emp 95
SIC 6552 6531 Subdividers and developers, nec; Real estate managers.
  Zygmunt Wilf — Pr
• Stuart Posnock — VP
  Terri Ferguson — Acctnt

**D-U-N-S 84-743-4248**
**GARDEN COMPANIES INC**
6072 Shallowford Rd, Chattanooga, TN 37421-1611
Tel (423) 499-4488  Founded/Ownrshp 1990
Sales 38.1MM   Emp 122
SIC 5191 Seeds: field, garden, and flower, whl; Grass seed, whl.
  Michael C Moore — Pr CEO
  Alan D Wadleigh — CFO Tr
Board of Directors: Fred Danforth, Jack O'mara, Rick Schreiber, Carl Stanton.

**D-U-N-S 80-307-4012**
**GARDEN DESIGN GROUP INC**
WILMOTT CONSTRUCTION
11126 Shady Trl Ste 107, Dallas, TX 75229-4619
Tel (972) 243-6467  Founded/Ownrshp 1992
Sales 14.7MM   Emp 140
SIC 0781 0782 Landscape architects; Landscape planning services; Landscape contractors.
  Andrew K Haynes — Pr
• Ken Coggins — Sec
• Karen Smith — VP

**D-U-N-S 00-261-3037**
**GARDEN DISTRICT INVESTMENTS INC** (LA)
COPELANDS OF NEW ORLEANS
6400 Kingston Pike, Knoxville, TN 37919-4833
Tel (423) 384-5255  Founded/Ownrshp 1997
Sales 6.1MM^E   Emp 280

**D-U-N-S 84-064-6970**
**GARDEN FRESH FRUIT MARKET INC** (NM)
300 Airport Rd, Albuquerque, NM 87121
Tel (505) 833-5889  Founded/Ownrshp 1991
Sales 10MM   Emp 58
Bank Citicorp Inc, Harrison, NY
SIC 5431 Fruit and vegetable markets, ret.
  Robert Roberti Sr — Pr

**GARDEN FRESH SALAD**
See GARDEN FRESH SALAD CO INC

**D-U-N-S 05-602-1223**
**GARDEN FRESH SALAD CO INC** (MA)
GARDEN FRESH SALAD
15-20 Neng Prod Ctr, Chelsea, MA 02150
Tel (617) 889-1580  Founded/Ownrshp 1966, 1970
Sales 21.3MM   Emp 20
Bank Bankboston NA, Boston, MA
SIC 5148 2099 Fruits, fresh, whl; Vegetables, fresh, whl; Cole slaw, in bulk.
  Ismaele D'Alleva — Pr Tr
• Luigi D'Alleva — VP
  Lisa Burke — Cont

**D-U-N-S 96-374-7191**
**GARDEN GATES LAWN & LANDSCAPE INC** (MO)
14605 NW 45 Hwy, Kansas City, MO 64152-5185
Tel (816) 891-6622  Founded/Ownrshp 1987
Sales 10MM   Emp 8
SIC 0782 Lawn and garden services.
  Todd Wolters — Pr
• Bryan Wolters — VP

**D-U-N-S 11-822-5978**
**GARDEN HOMES BY E L INC** (IN)
17874 State Rd 23, South Bend, IN 46635-1658
Tel (219) 277-3500  Founded/Ownrshp 1982
Sales 15MM   Emp 10
SIC 1521 6552 1522 New construction, single-family houses; Land subdividers and developers, residential; Condominium construction.
  E Leroy Yoder — Pr Tr
• Anthony G Yoder — Sec VP
  Carol Neary — Acctnt

**GARDEN ISLE TELECOMMUNICATION**
See G FORCE LLC

**GARDEN JEEP-EAGLE**
See GARDEN AUTO CORP

**D-U-N-S 06-893-6020**
**GARDEN MANOR EXTENDED CARE CENTER INC** (OH)
6898 Hamilton Middletown, Middletown, OH 45044-7859
Tel (513) 424-5321  Founded/Ownrshp 1950, 1967
Sales 10.5MM   Emp 250
SIC 8051 Convalescent home with continuous nursing care.
  Sam Boymel — Pr
• Rachel Boymel — Tr
• Gidon Eldad — VP
  Darlene Poe — Cont
  Julie Crossley — Pers

**D-U-N-S 04-677-0306**
**GARDEN MATE PIPE & SUPPLY INC** (CA)
6145 Kimball Ave, Chino, CA 91710-9175
Tel (909) 597-1726  Founded/Ownrshp 1976
Sales 12.6MM^E   Emp 75
SIC 2875 Potting soil, mixed.
  Alfonso J Chavez — Pr
  Diane Lopez — Acctnt

**D-U-N-S 08-541-3961**   EXP
■ **GARDEN OF EATIN' INC** (CA)
(Suby of HAIN FOOD GROUP INC) ★
5300 Santa Monica Blvd, Los Angeles, CA 90029-1131
Tel (310) 886-8200  Founded/Ownrshp 1971, 1998
Sales 14MM   Emp 25
SIC 2096 2051 Corn chips and other corn-based snacks; Breads, rolls, and buns.
  Al H Jacobson — Pr
• Lorraine Dunham — Sec GM
  Allen L Coren — Cont
  Ariel Rivero — Opers Mgr
  Bruce Petersen — Mktg Sls

**D-U-N-S 62-153-7018**
**GARDEN PALS INC** (CA)
3325 Manitou Ln, Mira Loma, CA 91752-3254
Tel (909) 360-0250  Founded/Ownrshp 1990
Sales 15MM   Emp 50
SIC 5083 Lawn and garden machinery and equipment, whl.
  Ching-Tun Hsu — Pr
  Ivy Hsu — CFO
  Susan Maestas — Comp
  Tony Hsu — GM
  Yolanda Archuleta — Acctg Mgr

**D-U-N-S 03-957-3720**
■ **GARDEN PARK COMMUNITY HOSPITAL L P** (MS)
COLUMBIA GARDEN PARK HOSPITAL
(Suby of COLUMBIA/HCA HEALTHCARE CORP) ★
1520 Broad Ave, Gulfport, MS 39501-3601
Tel (228) 864-4210  Founded/Ownrshp 1973, 1995
Sales 13MM^E   Emp 300
SIC 8062 General medical and surgical hospitals.
  Tommy Frist MD — Pr
• Jack Bovender — CEO
• Dianne Tipton — CFO
• William Peaks — Admr
  Dean Miller — Dir

**D-U-N-S 00-832-7322**
**GARDEN PRINTS INC** (CA)
2935 E 12th St, Los Angeles, CA 90023-3623
Tel (323) 268-3478  Founded/Ownrshp 1958
Sales 14.8MM^E   Emp 200
Bank Union Bank of California NA, San Francisco, CA
SIC 2261 2392 Printing of cotton broadwoven fabrics; Tablecloths and table settings; Towels, dishcloths and dust cloths.
  Richard Saydah — Pr
• John Saydah — Tr VP

**D-U-N-S 79-118-3106**
▲ **GARDEN RIDGE CORP**
19411 Atrium Pl Ste 170, Houston, TX 77084-6024
Tel (281) 579-7901  Founded/Ownrshp 1979, 1992
Sales 364MM   Emp 3,500
Tkr Sym GRDG   Exch NMS
Bank Mid-America Bank of Louisville & Trust Co, Louisville, KY
Accts Arthur Andersen LLP
SIC 5999 5719 5945 5947 5992 Artificial flowers, ret; Candle shops, ret; Picture frames, ready made, ret; Kitchenware, ret; Glassware, ret; Pictures, wall, ret; Pottery, ret; Hobby and craft supplies, ret; Arts and crafts supplies, ret; Party favors, ret; Flowers, fresh, ret.
• Armand Shapiro — Ch Bd
  Paul Davies — Pr CEO
  Jane L Arbuthnot — CFO Sec
  Gary W Ramsey — Ex VP
  Kevin Rutherford — Sr VP
  Norman M Brody — VP
  Stephen C Fox — VP
  David S Hensley — VP
  Phyllis Cohen Hink — VP
  Andy Musselman — Cont
Board of Directors: Terry S Boyce, Alyson Henning, Ira Neimark, Sam J Susser, Barbara S Tapp, H Whitney Wagner.

**D-U-N-S 09-509-8778**   IMP
■ **GARDEN RIDGE POTTERY INC** (TX)
(Suby of GARDEN RIDGE CORP) ★
19411 Atrium Pl Ste 170, Houston, TX 77084-6024
Tel (281) 579-7901  Founded/Ownrshp 1979, 1992
Sales 304MM   Emp 1,500
SIC 5999 5719 5945 5947 5992 Artificial flowers, ret; Candle shops, ret; Picture frames, ready made, ret; Kitchenware, ret; Glassware, ret; Beddings and linens, ret; Pictures, wall, ret; Hobby and craft supplies, ret; Arts and crafts supplies, ret; Party favors, ret; Flowers, fresh, ret.
  Armand Shapiro — Ch Bd
• Jack Lewis — Pr COO
• Jane Arbuthnot — CFO
• Phyllis Cohen Hink — VP
  Andy Musselman — Cont

**D-U-N-S 78-660-5758**   EXP
**GARDEN SATURN INC** (NY)
SATURN OF HEMPSTEAD
265 N Franklin St, Hempstead, NY 11550-1310
Tel (516) 565-2400  Founded/Ownrshp 1992
Sales 13MM   Emp 33
SIC 5521 5511 Used car dealers, ret; New and used car dealers, ret.
  John Burns — Pr
  Donald Awe — GM

**GARDEN SPOT AUTO AUCTION**
See GARDEN SPOT EQUIPMENT AUCTION INC

**D-U-N-S 04-388-0509**
**GARDEN SPOT EQUIPMENT AUCTION INC** (PA)
GARDEN SPOT AUTO AUCTION
1605 Apple St, Ephrata, PA 17522-1300
Tel (717) 738-7900  Founded/Ownrshp 1962
Sales 20.4MM^E   Emp 80
SIC 5012 Automobile auction, whl.
  J Omar Landis — Pr Sec
  Jay Garber — GM

**GARDEN STATE AUTO PARK**
See GARDEN STATE FORD INC

**D-U-N-S 01-140-8325**
**GARDEN STATE AUTO PARK PONTIAC GMC TRUCK INC** (NJ)
105 Hwy 36, Eatontown, NJ 07724-2509
Tel (732) 542-7800  Founded/Ownrshp 1983
Sales 27.7MM^E   Emp 80
Bank Summit Bank, Chatham, NJ
SIC 5511 New and used car dealers, ret.
  John Schmelz — Pr

**GARDEN STATE CABLE TV**
See GARDEN STATE CABLE VISION LP

**D-U-N-S 61-476-1385**
**GARDEN STATE CABLE VISION LP**
GARDEN STATE CABLE TV
1250 Haddonfield Berlin R, Cherry Hill, NJ 08034-1401
Tel (856) 354-1880  Founded/Ownrshp 1989, 1995
Sales 114MM   Emp 300
Accts Arthur Andersen LLP
SIC 4841 Cable television services.
  Brian W Earnshaw — VP
  Patrick Mc Call — VP
  Helene E Duphom — Mgr Fin

**D-U-N-S 07-513-6796**
**GARDEN STATE CAR RENTAL CORP** (NJ)
BUDGET RENT-A-CAR NEWARK
Monorail Station D 2, Newark, NJ 07114
Tel (973) 961-2990  Founded/Ownrshp 1973
Sales 12MM^E   Emp 105
SIC 7514 Rent-a-car service.

 

HOME DECOR  SEASONAL  KITCHEN, BED & BATH  FLORAL & GREENERY  BRIDAL & PARTY  CRAFTS  PATIO & POTTERY  ART, MIRR

Store Locator          Store Events          News          Employment

# News

### News Releases

April 15, 2005 - GARDEN RIDGE INCREASES COMP SALES IN MARCH; NEXT COURT HEARING SET FOR APRIL 28

March 30, 2005 - GARDEN RIDGE ANNOUNCES COURT APPROVAL OF DISCLOSURE STATEMENT

March 25, 2005 - GARDEN RIDGE INCREASES COMP SALES IN FEBRUARY; NEXT COURT HEARING SET FOR MARCH 29

Feb. 23, 2005 - GARDEN RIDGE INCREASES COMP SALES IN JANUARY

Feb. 10, 2005 - GARDEN RIDGE FILES PLAN OF REORGANIZATION

Feb. 1, 2005 - GARDEN RIDGE ANNOUNCES AGREEMENT IN PRINCIPLE WITH KEY GROUPS ON TERMS OF REORGANIZATION PLAN

Jan. 19, 2005 - GARDEN RIDGE REPORTS APPROVAL OF DIP FINANCING; ADDITIONAL LEASE AMENDMENTS SIGNED

Jan. 13, 2005 - GARDEN RIDGE REPORTS COMP SALES INCREASE; OPERATING INCOME FOR DECEMBER

Dec. 23, 2004 - GARDEN RIDGE REPORTS DIP FINANCING EXTENSION AND EMERGENCE FINANCING COMMITMENT

Dec. 14, 2004 - GARDEN RIDGE REPORTS OPERATING INCOME FOR NOVEMBER;
BANKPRUTCY COURT EXTENDS EXCLUSIVITYPERIOD FOR PLAN FILING

Nov. 16, 2004 - GARDEN RIDGE REPORTS IMPROVED MARGINS AND EARNINGS; LEASE NEGOTIATIONS NEARING COMPLETION

Sept. 30, 2004 - GARDEN RIDGE SIGNS MORE STORE LEASE AMENDMENTS; SEPTEMBER SALES UPDATE AND PROMOTIONS ANNOUNCED

Sept. 2, 2004 - GARDEN RIDGE RECORDS THIRD STRAIGHT MONTH OF SALES INCREASES

July 26, 2004 - DOUBLE-DIGIT INCREASE; HIGHEST IN FOUR YEARS; FINANCING SET FOR HOLIDAY BUYS

Garden Ridge - The Home Décor and Craft Marketplace     Page   *iv9*




HOME DECOR  SEASONAL  KITCHEN, BED & BATH  FLORAL & GREENERY  BRIDAL & PARTY  CRAFTS  PATIO & POTTERY  ART, MIRR



Tips    How To's    Store Locator

## Floral & Greenery

The largest assortment of silk and dried floral, greenery all resides at Garden Ridge. Each se  beautiful new floral arrangements, or all the c need to create your own masterpiece. If greer you'll love our lush, low-maintenance silk tree silk plants. Adding a natural touch to your déc been easier or more affordable!

### Savings This Week!

### Spring is in the

Garden Ridge is the p floral and greenery! 30% on all rose stem (reg. 1.99-6.99, sale shown. And save 25( Garden" floral stems. bring a touch of the s home and for any spe have more floral and other store...all at pri beat.

Prices good 2/9/2005

Contact Us    Company Info    Employment    Vendor Info    Our Stores    Online Registration

EXHIBIT 9/9

(4-8)

EXHIBIT 20 ( )

  

HOME DECOR  SEASONAL  KITCHEN, BED & BATH  FLORAL & GREENERY  BRIDAL & PARTY  CRAFTS  PATIO & POTTERY  ART, MIRR

This Week's Ad    Store Locator    Store Events  Special





Art, mirro
BOG

It's a great tim
your walls and
special photos
week's "Buy O
Off Second On
don't miss the
selections and
have for your \
and celebratior
week's ad for c
Prices good Fei

We do not offer online or catalog shopping.
To browse through our huge assortment of home décor accents,
please visit your local Garden Ridge store.

Experience Garden Ridge »

**Come Visit Our Stores!**    **Featured This Week**    **Featured This Week**







Classes &
other events!
[Click here for more information]

Photo provided by Wilton

**BOGOs in art, mirrors & frames!**    **Clearance sale going on now**

This week, buy any mirror or framed art, and get    We're clearing out huge sale
50% off a second piece of mirror or piece of    merchandise to make room for ne
framed art. And buy any frame, and get 50% off    pottery, garden decor and more...
a second frame. Second item must be of equal    week! Right now, save an ex
or lesser value.    already-reduced red-tag clearanc

Prices good Feb 9 - 15, 2005    Prices good Feb 9 - 15, 2005

Contact Us    Company Info    Employment    Vendor Info    Our Stores    Online Registration

EXHIBIT 20

(49)

**PROOF OF SERVICE**

STATE OF ~~Arizona~~ Arizona, COUNTY OF Cochise

CASE NAME: Peter Christian Roper v. Garden Ridge Corp

CASE NUMBER 1:06-CV-723 (USDC- ~~Riverside~~ Nevada)

I am employed in the County of Clark, State of ~~California~~ Nevada. I am over the age of 18 and a party to the within action; my business address is:

[X] 3300 Decatur Blvd. #10670 Las Vegas, NV 89102

On Jan 25, 2007, I served the following document described as:

Peter Christian Roper Jury Request and Motion to Deny Garden Ridge Motion to Dismiss

in this action by transmitting a true copy thereof enclosed in a sealed envelope addressed as follows:

Pauline Morgan
Young Conaway
1000 West St. 17 Floor
Wilmington DE 19801

[X] BY MAIL As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY PERSONAL SERVICE I delivered such envelope by hand to the offices of the above-identified recipients.

[ ] FEDERAL I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on Jan 25, 2007 ~~California~~

*[signature: Peter Christian Roper]*

8

AMENDED JOINT EXHIBIT LIST